# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )   CASE NUMBER: CR __00-6047-CR-Zloch__
Plaintiff )
)
-vs- )   REPORT COMMENCING CRIMINAL
)                   ACTION
__James Booker III__ )
Defendant               __55219-004__

****************************************

TO: CLERK'S OFFICE     MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. DISTRICT COURT              (circle one)

FILED by __ D.C.
MAR - 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

****************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: __3/1/00    0900__ (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: __English__

(3) OFFENSE(S) CHARGED: __Conspiracy to distribute Controlled Substances & importation Controlled Substance__

(4) UNITED STATES CITIZEN:    (✓)YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: __12-7-67__

(6) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
[✓] INDICTMENT    [ ] COMPLAINT    CASE # __00-6047-CR-Zloch__
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [ ]YES  [ ]NO

AMOUNT OF BOND:$ __PTD__ WHO SET BOND? __AUSA - D. Hoff__

(7) REMARKS: _____

(8) DATE: __3-1-00__    (9) ARRESTING OFFICER __Gary__

(10) AGENCY __USCS__    (11) PHONE # __356-7238 x139__

(12) COMMENTS _____

12