# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JAMES BOOKER

## WARRANT FOR ARREST

CASE NUMBER: 00-6047 CR-ZLOCH MAGISTRATE JUDGE SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JAMES BOOKER__
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to import controlled substances, importation of cocaine and marijuana

in violation of Title 21 United States Code, Section(s) __841, 952__
in violation of Title 18 United States Code, Section(s) __2__

CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer | Title of Issuing Officer

_Jenny Butler_ (signature)
Signature of Issuing Officer

02/29/00    FORT LAUDERDALE, FLORIDA
Date and Location

_Lurana S. Snow_ (signature)
LURANA S. SNOW

Bail fixed at $ __PRETRIAL DETENTION Requested__ by CHIEF UNITED STATES MAGISTRATE JUDGE
                                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at
Ft. Lauderdale, FL

| DATE RECEIVED 3/1/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 3/1/2000 | FOR: USC | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __JAMES BOOKER_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____