## COURT MINUTES

**CHIEF U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA**

DEFT: JAMES BOOKER (surr)     CASE NO: 00-6047-CR-ZLOCH

AUSA: MICHAEL DITTOE _pres_     ATTY: Martin Bidwill

AGENT: CUSTOMS     VIOL: 21:963; 952; 846

PROCEEDING I/A ON SEALED INDICT.     RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no     COUNSEL APPOINTED FPD

___ BOND SET @

___ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

[FILED stamp: MAR 1 2000, CLARENCE MADDOX, CLERK, U.S. DIST. CT., S.D. OF FLA. - FT. LAUD.]

Gov't moved to unseal indictment
Order signed unsealing
Deft advised of Charges - sworn
for apptmt of Counsel

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

(PTD)/BOND HRG: 3-6 // 30 LSS

PRELIM/(ARRAIGN:) 3-6 // 30 LSS ✓

REMOVAL HRG:

STATUS CONF:

Date: 3-1-00    Time: 11:00    FTL/LSS TAPE #00- 011    Begin: 1367    End:

28