UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA

vs

JAMES BOOKER

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 6, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __CUSTODY__

                    Telephone: _____

DEFENSE COUNSEL:    Name: __DARYL WILCOX, AFPD__

                    Address: _____

                    Telephone: _____

BOND SET            $ __PTD ORDERED__

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __6TH__ day of __MARCH__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_
    Deputy Clerk

Tape No. __00-013__

cc: Copy for Judge
    U. S. Attorney

41