COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JAMES BOOKER (J)     CASE NO: 00-6047-CR-ZLOCH

AUSA: MICHAEL DITTOE /nbs/     ATTY: FPD Daryl Wilcox

AGENT:     VIOL:

PROCEEDING: PTD / ARRAIGNMENT     RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no     COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

Gov't proceeded by proffer

S/A Mark Miltenfort

Agent Lockhart sworn

PTD Ordered - danger to comm

Exh 3 - transcript

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

    PTD/BOND HRG:

    PRELIM/ARRAIGN:

    REMOVAL HRG:

    STATUS CONF: 4-6 // Snow

Date: 3/6/00    Time: 11:30    FTL/LSS TAPE #00- 013   Begin: 1662   End: [illegible]

start hrg 2486
and 00-014 - end 1315

47

*FILED by D.C. MAR - 6 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*