RECEIVED & FILED IN OPEN COURT
C...  4-10 00 ___ AT
PH ____ , FLA.

...on  Buerke, Clerk
...States District Court
...District of Florida

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )         CASE No.  00-6047-CR-ZLOCH
                             )
Plaintiff,                   )         MAGISTRATE JUDGE SELTZER
                             )
v.                           )
                             )
JAMES BOOKER                 )
                             )
Defendant.                   )
_____)         **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned attorney, Gary I. Rosenberg, Esq., hereby enters this Notice of Appearance on behalf of the Defendant in the above-styled cause. Representation of the Defendant pursuant to this Notice is limited solely to trial proceedings before the District Court.

**IT IS HEREBY** requested that the undersigned counsel be forwarded any and all pleadings, motions and correspondence filed or to be filed in this cause.

**IT IS FURTHER** requested that the Clerk of this Court, notify the undersigned in writing of the date, time and place of all hearings, docket soundings, and trial of this matter.

Respectfully submitted,
ADORNO & ZEDER, P.A.
Gary I. Rosenberg
2601 S. Bayshore Drive
Suite 1600
Miami, FL 33133
Tel : (305) 858-5555

BY: _____
GARY I. ROSENBERG
FLORIDA BAR NO. 348996

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing NOTICE OF APPEARANCE was hand delivered this _10_ day of April, 2000 to: UNITED STATES ATTORNEY'S OFFICE Federal Justice Building, Michael Dittoe, Esq., Assistant United States Attorney.

BY: _____

GARY I. ROSENBERG
FLORIDA BAR NO. 348996