UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No. 00-6047-CR-ZLOCH |
| Plaintiff, ) | MAGISTRATE JUDGE SELTZER |
| v. ) | |
| JAMES BOOKER ) | |
| Defendant. ) | |

### STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED that Gary I. Rosenberg, Esq., is hereby substituted as counsel for the Defendant, JAMES BOOKER, and that the Federal Public Defenders Office withdraws as counsel for the above-named Defendant.

DATED this 10 day of April, 2000.

GARY I. ROSENBERG, ESQ.
2601 S. Bayshore Drive, Suite 1600
Miami, Florida 33133
(305) 860-7084

By: _____
GARY I. ROSENBERG
Florida Bar No. 348996

DARYL E. WILCOX
Assistant Federal Public Defender
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301

By: _____
DARYL E. WILCOX
Florida Bar No. 838845

ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777

THIS CAUSE came on to be heard before the Court upon the above Stipulation of counsel, and upon consideration of the foregoing Stipulation and the court being fully advised in the premises, it is

ORDERED AND ADJUDGED that Gary I. Rosenberg, Esq. is substituted as trial counsel of record for Defendant James Booker

DONE AND ORDERED, at Broward County, Florida this ___ day of _____, 2000.

_____

Copies furnished to:
Gary I. Rosenberg
AFPD Daryl E. Wilcox
AUSA Michael Dittoe