DEFT: James Booker et al (no defts)
AUSA: Mike Ditto *present*
AGENT:
PROCEEDING: Motion for protective order to defer compliance re SDO
BOND HEARING HELD - yes/no
___ BOND SET @ ___
CO-SIGNATURES:
SPECIAL CONDITIONS:

CASE NO: 00-6047-CR-Zloch
ATTNY: ~~FPD~~ Gary Rosenberg, Joel Robrish, Isreal Encinosa, Harold Keefe, Phil Horowitz,
VIOL: Ruben Garcia, Scott Sakin
BOND REC:
COUNSEL APPOINTED:

FILED by ___ D.C.
APR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring

Attys present
- Atty Gary Rosenberg enters perm notice of appearance - replacing FPD
- Harold Keefe
- Scott Sakin / stood in for Robrish
- Phil Horowitz
- Reuben Garcia
(Robrish + Encinosa not present)

Motion is Denied / Ct. to stay order pending appeal to District Ct. Judge

Re: expert witness info & 404 B motion granted

NEXT COURT APPEARANCE: DATE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 4-10-00  TIME: 11:00am  TAPE # 00-023  PG # 8
1151-2660

97