UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6047-ZLOCH/Seltzer

UNITED STATES OF AMERICA,    :

       Plaintiff,    :

v.    :

JAMES BOOKER,    :

       Defendant.    :

_____/

**NIGHT BOX FILED**

APR 1 0

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that the Federal Public Defender's appointment as counsel for the Defendant, James Booker, be terminated as the Defendant has retained Gary Rosenberg, Esq., at 2601 S. Bayshore Drive, Suite 1600, Miami, Florida, 33133 to represent him in this proceeding, and said attorney has filed a written notice of appearance.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
    Daryl E. Wilcox
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 838845
    101 N.E. Third Avenue, Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this **10th** day of

April, 2000 to Michael Dittoe, Assistant United States Attorney, 299 East Broward Blvd., Ft.

Lauderdale, Florida  33301 and Gary Rosenberg, Esq., at 2601 S. Bayshore Drive, Suite 1600,

Miami, Florida  33133.

_____
Daryl E. Wilcox

S:\WILCOX\booker\terminate

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE No. 00-6047-CR-ZLOCH |
| ) | |
| Plaintiff, ) | MAGISTRATE JUDGE SELTZER |
| ) | |
| v. ) | |
| ) | |
| JAMES BOOKER ) | |
| ) | |
| Defendant. ) | |
| ———————————————— ) | **NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE** that the undersigned attorney, Gary I. Rosenberg, Esq., hereby enters this Notice of Appearance on behalf of the Defendant in the above-styled cause. Representation of the Defendant pursuant to this Notice is limited solely to trial proceedings before the District Court.

    **IT IS HEREBY** requested that the undersigned counsel be forwarded any and all pleadings, motions and correspondence filed or to be filed in this cause.

    **IT IS FURTHER** requested that the Clerk of this Court, notify the undersigned in writing of the date, time and place of all hearings, docket soundings, and trial of this matter.

                      Respectfully submitted,
                      ADORNO & ZEDER, P.A.
                      Gary I. Rosenberg
                      2601 S. Bayshore Drive
                      Suite 1600
                      Miami, FL 33133
                      Tel : (305) 858-5555

                    BY: _____
                        GARY I. ROSENBERG
                      FLORIDA BAR NO. 348996

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing NOTICE OF APPEARANCE was hand delivered this *10*th day of April, 2000 to: UNITED STATES ATTORNEY'S OFFICE Federal Justice Building, Michael Dittoe, Esq., Assistant United States Attorney.

BY: _____
GARY I. ROSENBERG
FLORIDA BAR NO. 348996