# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,     )
    )
       Plaintiff,     )       CASE NO.  00-6047-CR-ZLOCH
    )
v.      )      Magistrate Judge Seltzer
    )
JAMES BOOKER,     )
    )
       Defendant.     )
_____ )

## MOTION FOR CONTINUANCE

COMES NOW, the Defendant JAMES BOOKER, by and through undersigned counsel, and files this his Motion for Continuance and in support thereof states as follows:

1.     This case is currently set for calendar call on April 24, 2000.

2.     Counsel filed his Notice of Appearance on April 10, 2000.

3.     The evidence in this case consists of tape recorded phone calls, and witnesses that have yet to be identified by the government

4.     Counsel can not be ready for trial with two weeks preparation.

5.     Based on the facts of this case, and Counsel's trial schedule, Counsel would respectfully request that this Court set the matter in late June or early July, 2000.

6.     Counsel for Defendant Boks, Harold Keef, is also joining in this Motion.

7.     Assistant United States Attorney Michael Dittoe has no objection to a continuance.

8.     The granting of a continuance will not prejudice the Government's case.

**WHEREFORE**, Defendants BOOKER AND BOKS, respectfully request this Court grant

their Motion for Continuance and set this matter to be heard late June or early July, 2000.

Respectfully submitted,
GARY I. ROSENBERG

Florida Bar No. 348996
Adorno & Zeder, P.A.
2601 S. Bayshore Drive, Suite 1600
Miami, FL 33133
Telephone: (305) 858-5555
Telefax: (305) 858-4777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent via U.S. mail/hand delivery/facsimile on this _12_ day of April, 2000 to: UNITED STATES ATTORNEY'S OFFICE, Michael Dittoe, Esquire, Assistant United States Attorney.

BY: _____
GARY I. ROSENBERG
FLORIDA BAR NO. 348996