UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>v. )<br>)<br>JAMES BOOKER, et al., )<br>)<br>        Defendants. ) | CASE NO. 00-6047-CR-ZLOCH<br>Magistrate Judge Seltzer |

## ORDER

**THIS MATTER** is before the Court on the Motion of the United States for Protective Order to Defer Compliance with Paragraphs D and E of the Standing Discovery Order and the Motion to Compel Compliance filed by Defendant James Booker. This Court has reviewed the Motions and all other pertinent matters in the file.

**ACCORDINGLY**, this Court orders that the Motion of the United States for Protective Order to Defer Compliance with Paragraphs D and E of the Standing Discovery Order is **DENIED** and the Motion to Compel Compliance filed by Defendant James Booker is **GRANTED**. The United States shall have ten (10) days after being served with this Order within which to appeal. This Order is hereby stayed pending resolution by the District Court.

DONE AND ORDERED, in Chambers, at Fort Lauderdale, Florida, this 10th day of April, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: Honorable William J. Zloch
    Counsel on attached list

Michael J. Dittoe, Esq. - AUSA
Gary Rosenberg, Esq.
Joel D. Robrish, Esq.
Scott Sakin, Esq.
Harold Keefe, Esq.
Philip Horowitz, Esq.
Ruben Garcia, Esq.