UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6047-CR-ZLOCH/Seltzer

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

JAMES BOOKER, :

    Defendant. :
_____/

## ORDER TERMINATING APPOINTMENT OF COUNSEL

This cause having come before the Court on the Defendant's motion for termination of appointment of counsel and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED in Fort Lauderdale, Florida, this ____ day of April, 2000.

                                                          WILLIAM J. ZLOCH
                                                          UNITED STATES DISTRICT JUDGE

cc:    Daryl E. Wilcox, AFPD
        Michael Dittoe, AUSA
        Gary I. Rosenberg, Esquire