4-24-00
Ft. Laud

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>             Plaintiff )<br>V.                       )<br>                       )<br>JAMES BOOKER, et. al., )<br>             Defendants )<br>                       )<br>_____) | CASE NO. 00-6047-CR-ZLOCH<br>MAGISTRATE JUDGE SELTZER |

**DEFENDANT BOOKER'S MOTION TO EXTEND TIME TO**
**OBJECT TO TAPE TRANSCRIPTS**

**COMES NOW,** the defendant, James Booker, by and through undersigned counsel, and files this motion to extend the time to object to the Government's transcripts, and states as follows:

1. Counsel received the tapes and the two sets of transcripts on Monday, April 10, 2000.

2. A number of the tapes are unintelligible at certain areas, and must be listened to numerous times in order to comprehend any of the words spoken.

3. Counsel for Defendant, Sean Dixon, has notified AUSA Michael Dittoe that two (2) of the transcripts have no corresponding tapes.

4. Undersigned Counsel attempted to contact AUSA Dittoe concerning this problem.

5. Undersigned counsel has identified numerous inaccuracies in the transcripts but needs additional time in which to listen to those tapes and also time to review and evaluate those tapes which have not been provided.

6. Undersigned counsel has moved for a continuance, as has other defendants in this matter, without objection by the Government.

106

WHEREFORE, defendant Booker respectfully requests that this Court grant additional time in which to file specific objections to the Government's transcripts.

Respectfully submitted,
GARY I. ROSENBERG

FLA. BAR NO. 348996
2601 S. Bayshore Drive, Suite 1600
Miami, Fl. 33133
Telephone: (305) 858-5555
Telefax: (305) 858-4777

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was hand-delivered to: UNITED STATES ATTORNEY'S OFFICE, Michael Dittoe, 500 E. Broward Blvd., Ft. Lauderdale, Fl. 33394-3002, on this 24th day of April, 2000.

GARY I. ROSENBERG
FLORIDA BAR NO. 348996

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 00-6047-CR-ZLOCH |
| Plaintiff ) | MAGISTRATE JUDGE SELTZER |
| V. ) | |
| ) | |
| JAMES BOOKER, et. al., ) | |
| Defendants ) | |
| ) | |
| _____ ) | |

## ORDER

This cause having come on to be heard on the defendant's motion to extend the time in which to file objections and the Court being advised in the premises, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to extend time is **GRANTED.**

The defendant has until the _____ day of _____, 2000, to file his objections to the Government's transcripts.

**DONE AND ORDERED** this _____ day of April, 2000.

WILLIAM J. ZLOCH
U.S. DISTRICT JUDGE