UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-ZLOCH

FILED by ___ D.C.

APR 25 2000

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

JAMES BOOKER
JARROD KNIGHT
SEAN DIXON
DONNELL BOKS
ARCHIE EARNEST
and JOHN GOETZ,

    Defendants.
_____/

THIS MATTER is before the Court for Calendar Call on April 24, 2000;, upon the Defendant, James Booker's, Motion For Continuance, bearing Certificate of Service dated April 12, 2000; and upon the Defendant, Jarrod Knight's, Motion For Continuance, bearing Certificate of Service dated April 1, 2000, both Motions based upon the need of counsel for said Defendants for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motions and being otherwise fully advised in the premises, it is



**ORDERED AND ADJUDGED** that the Defendants Booker and Knight's Motions For Continuance be and the same are hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of April 25, 2000 and is hereby reset for the two-week trial calendar commencing on Tuesday, September 26, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Monday, September 25, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, April 1, 2000, through and including September 26, 2000, the date set for trial, or the date the trial commences,

whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of April, 2000.

                                                                        _____
                                                                        WILLIAM J. ZLOCH
                                                                        United States District Judge

Copies furnished:

Michael Dittoe, Esq., AUSA
Terrence Thompson, Esq., AUSA

Gary I Rosenberg, Esq.
For Defendant Booker

Joel D. Robrish, Esq.
For Defendant Knight

Scott W. Sakin, Esq.
For Defendant Dixon

Harold Keefe, Esq.
For Defendant Boks

Philip R. Horowitz, Esq.
For Defendant Earnest

Ruben M. Garcia, Esq.
For Defendant Goetz

3