UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6047-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  **O R D E R**

JAMES BOOKER, et al.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Defendant, James Booker's Motion To Extend Time To Object To Tape Transcripts (DE 106).  The Court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Defendant, James Booker's Motion To Extend Time To Object To Tape Transcripts (DE 106) be and the same is hereby **GRANTED**, and the Defendant, James Booker, shall have up to and including June 10, 2000 within which to file his objections to the transcripts received from the Plaintiff on or about April 10, 2000.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___11___ day of May, 2000.

                                    _____
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:
See attached Mailing List



UNITED STATES OF AMERICA vs. JAMES BOOKER, et al.
CASE NO.  00-6047-CR-ZLOCH

Michael Dittoe, Esq., AUSA
For Plaintiff

Gary I. Rosenberg, Esq.
2601 S. Bayshore Dr.
Suite 1600
Miami, FL 33133
For Defendant Booker