cr-06047-PCH   Document 116   Entered on FLSD Docket 05/18/2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER, et al.,

    Defendants.
_____/

**O R D E R**



THIS MATTER is before the Court upon the Plaintiff's Appeal From Magistrate Judge Seltzer's Order Denying Government's Motion For Protective Order To Defer Compliance With Paragraphs D And E Of The Standing Discovery Order (DE 102). The Court has carefully reviewed said Motion (DE 102) and the entire court file and is otherwise fully advised in the premises.

The Court notes that the Plaintiff, United States Of America, is appealing the denial of its Motion For Protective Order To Defer Compliance With Paragraphs D And E Of The Standing Discovery Order (DE 72) by United States Magistrate Judge Barry S. Seltzer. In said Motion (DE 72), the United States sought to defer disclosure of certain impeachment materials due to the risk of retaliation against government witnesses by the Defendants or their associates. This Court has jurisdiction to consider this appeal pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Rule 4.

Discovery is governed by Fed.R.Crim.P 16. Rule 16(d)(1)



provides that "[u]pon sufficient showing, the court may at any time order that the discovery or inspection be denied, restricted, or deferred." Here, the Court finds, based upon the record, that the Plaintiff has made a showing sufficient to warrant a protective order and that the denial of the Plaintiff's Motion (DE 72) was clear error.

**ORDERED AND ADJUDGED** as follows:

1. The Order of Magistrate Judge (DE 100) be and the same is hereby **VACATED**, set aside and of no further force or effect;

2. The Plaintiff's Motion For Protective Order To Defer Compliance With Paragraphs D And E Of The Standing Discovery Order (DE 72) be and the same is hereby **GRANTED**; and

3. The Plaintiff shall have up to and including Friday, September 15, 2000 within which to comply with paragraphs D and E of the Standing Discovery Order (DE 46).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ____ day of May, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
See attached Mailing List

UNITED STATES OF AMERICA v. JAMES BOOKER, et al.
CASE NO. 00-6047-CR-ZLOCH

The Honorable Barry S. Seltzer
United States Magistrate Judge

Michael J. Dittoe, Esq., AUSA

Gary I. Rosenberg, Esq.
Adorno & Zeder, P.A.
2601 S. Bayshore Drive
Suite 1600
Miami, FL 33133
For Defendant Booker

Scott Sakin, Esq.
1141 Northwest N. River Drive
Miami, FL 33125
For Defendant Dixon

Phillip Horowitz, Esq.
12651 S. Dixie Highway
Suite 328
Miami, FL 33156
For Defendant Archie

Joel D. Robrish, Esq.
One Datran Center
Suite 400
9100 S. Dadeland Blvd.
Miami, FL 33156
For Defendant Knight

Harold Keefe, Esq.
19220 Oakmont Drive
Hialeah, FL 33015
For Defendant Boks

Ruben Garcia, Esq.
209 S.E. 3rd Avenue
Fort Lauderdale, FL 33316
For Defendant Goetz