**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**NIGHT BOX**
**FILED**

JUN  9 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,  )
                           )
Plaintiff,                 )          CASE No. 00-6047-CR-ZLOCH
                           )
v.                         )
                           )          Magistrate Judge Seltzer
JAMES BOOKER,              )
                           )
Defendant.                 )
                           )

## DEFENDANT BOOKER'S OBJECTIONS TO TRANSCRIPTS OF TAPE #N26B, CALL 214; MAY 25, 1997 AND PROPOSED TRANSCRIPT

COMES NOW, the Defendant JAMES BOOKER ("BOOKER") by and through undersigned

counsel and files these his objections to the transcript of Tape # N26B, Call 214; May 25, 1997 and

his proposed transcript of same:

### PAGE 1

C. McCleod:   What's up, y'all? (UI) good morning.
Should be:
    **J. Booker:**    **What's up dog?**


J. Booker:   Good morning, (UI).
Should be:
    **C. McCleod: (UI)**
    **J. Booker:**    **Good morning, (UI)**



### PAGE 2

C. McCleod:  You alright?
Should be:
    **J. Booker:**  You alright?


J. Booker:  Yeah, yeah.
Should be:
    **C. McCleod:**  Yeah, yeah.


C. McCleod:  With that last situation, they, they were behind my whole thing.
Should be:
C. McCleod:  With that last situation, they, they were behind **the** whole thing.


C. McCleod:  If I've knew [sic.] it was those motherfuckers, you might uh, (UI)
               been that shit.
Should be:
C. McCleod:  If I've knew [sic.] it was **them** motherfuckers, **I** might uh, **have not** (UI)
               been **with** that shit.


### PAGE 3

C. McCleod:  I don't know why then niggers are so full of games, (UI).
Should be:
C. McCleod:  I don't know why them niggers are so full of games, **man**.


### PAGE 4

J. Booker:  I, I, uh, you know, I thought I recognized one of the
               motherfuckers when... and uh, uh, I could've sworn this
               mother (UI) probably didn't want me to go.

Should be:
  J. Booker:    I, I thought I recognized one of the
                motherfuckers **man**... and uh, uh, I could've sworn this
                mother **fucker** probably didn't want me to go.


  J. Booker:    Sealand Yard, Shakey.
Should be:
  J. Booker:    **Shaking me off,** Shakey.


## PAGE 5

  J. Booker:    I figured, it was him, you know, (UI) order, right?
Should be:
  J. Booker:    I figured, it was him, you know, (UI) **that was doing it,** right?


  J. Booker:    For see, I didn't know, I didn't know you, (UI) true colors.
Should be:
  J. Booker:    I didn't know, I didn't know you, (UI) true colors.


  J. Booker:    If I knew that, I would've (UI) and put "Chino" (PH) with them.
Should be:
  J. Booker:    If I knew that, I would've **just backed right up** and put **"Chico"** with
                them.


  C. McCleod:   Right. That was a spur of the moment thing. You boy couldn't get off,
                (UI) they send a man back to the boat, you know what I'm saying?
Should be:
  C. McCleod:   Right. That was a spur of the moment thing. **Your** boy couldn't get off,

(UI) they send **him** back to the boat, you know what I'm saying?

## PAGE 7

J. Booker:    And uh, and uh, I started to (UI), you know, to see (UI) back at
              "Lester's". And I beeped you in Bimini.

Should be:

J. Booker:    And uh, and uh, I started to **(UI)**, back at "Lester's". And I beeped
              you **again**.

C. McCleod:   I lost two (2) people real quick, "Hawk" and "Red". You know
              what I'm saying?

Should be:

C. McCleod:   I lost two (2) people **right** quick "Hawk" and **"Dred"**. You know what
              I'm saying?

C. McCleod:   That I had to replace. And Then when I got back, they, they,
              say you had (UI), I said "Bill"(PH).

Should be:

C. McCleod:   That I had to replace. And then when I got back, they, they,
              say you had **Dipp**, I said **Dipp** (PH).

## PAGE 8

C. McCleod:   Uh huh.

Should be:

C. McCleod:   Uh huh. **You hold on.**

J. Booker:      You hold on. I figured that what it was...
Should be:
J. Booker:      I figured that what it was...

J. Booker:      ... I probably should have hung up, but, uh, (UI). (UI) that
                motherfucker (UI) God damn it, you know, (UI)...
Should be:
J. Booker:      ... I probably should have hung up, but, uh, (UI). (UI) that
                motherfucker (UI) God damn it. **(UI)...**

J. Booker:      damned, he looked familiar.
Should be:
J. Booker:      ...**know what I'm saying,** damn, he looked familiar.

J. Booker:      But, that I, you, I ain't (UI). I play ball, (UI).
Should be:
J. Booker:      But **I ain't (UI).**

J. Booker:      I'm just at the ballfield, you know what I'm saying? So the
                nigger was chilling over there.
Should be:
J. Booker:      **I just (UI),** you know what I'm saying? **So let me go chill over here.**

## PAGE 9

J. Booker:      'Cause I didn't want those niggers start holding a conversation
                with me. I didn't want to talk to they'all.
Should be:
J. Booker:      'Cause I didn't want those niggers start holding a conversation with me.
                I didn't want to talk to **you'all.**

J. Booker:    I figured... you know what? I figured, I, I missed (UI) that thing
              he was, holding and the motherfucker sneaking in, though the
              (UI) once I saw him, you know.

Should be:

J. Booker:    I figured... you know what? I figured, I, I missed (UI) that thing
              **(UI), (UI)** and the motherfucker sneaking in, though
              **your boy** once I saw him, you know.

J. Booker:    'Cause he thought it was you who that straightened it up.

Should be:

J. Booker:    'Cause he thought it was you who that straightened it **out.**

## **PAGE 10**

C. McCleod:   Some shit like that.

Should be:

**J. Booker:**    Some shit like that.

C. McCleod:   You're right.

Should be:

C. McCleod:   **Yeah.**

J. Booker:    He asid, "No big deal."

Should be:

J. Booker:    He **said**, "No big deal."

## PAGE 11

J. Booker:    Uh, I, I and they (UI) me, not to tell you about (UI). But it's just that everything worked out, I couldn't (UI).

Should be:

J. Booker:    Uh, I, **at that big meeting I told** you about (UI). But it's just that everything worked out, **I told them chill.**

C. McCleod:    I, you know, I knew we were in a motherfucking situation. I knew that.

Should be:

C. McCleod:    I, you know, I knew **about the** motherfucking situation. I knew that.

J. Booker:    I told you what I did. I put it up, put in up in the (UI) motherfuckers, eliminate the motherfuckers. This being you gotta do what you gotta do. I'm gonna take care of my business. Plus that nigger put me out there, me and my men and my family.

Should be:

J. Booker:    I told you what I did. I put it **put it (UI)** motherfuckers, eliminate the motherfuckers. This being you gotta do what you gotta do. I'm gonna take care of my business. Plus that nigger put me out there, me and my **man** and my family.

## PAGE 12

J. Booker:    It's the, the old, old law (UI) for me and you talk in person.

Should be:

J. Booker:    It's the, the **all, all along** (UI) me and you talk in person.

J. Booker:      Why (UI) going to let go. I could (UI) set right now.

Should be:

J. Booker:      **When are you going to holler at me Dog. I got people** set right now.

J. Booker:      Hey, they ain't trying me like (UI). They know they (UI) they
                really dead. You know what I'm saying?

Should be:

J. Booker:      Hey, they ain't trying me like (UI). They know they (UI) they **really
                pay their debt.** You know what I'm saying?

## PAGE 13

C. McCleod.     Yeah. Uh huh.

Should be:

**J. Booker:     Yeah.**
**C. McCleod:    Uh huh.**

J. Booker:      I was, uh, you don't think it would be through today

Should be:

J. Booker:      I was, uh, you don't think **you** be through today

J. Booker:      That, you think it would be through, before the (UI)?

Should be:

J. Booker:      That you think **you gonna** be through, before the (UI)?

## PAGE 14

C. McCleod:   That shit, (UI).  I told the men, "Look, it, those characters", my
              man."
Should be:
C. McCleod:   That shit, **crazy man**.  I told the **man**, "Look it, those characters", my
              man."

J. Booker:    I, uh, (UI), you know I told them this (UI).  He knows that I can
              give me (UI).
Should be:
J. Booker:    I, uh, (UI), you know I told them this (UI)   He knows that I can
              **get back with them.**

J. Booker:    I figure, I figure they'll will come again.
Should be:
J. Booker:    I figure, I figure, **they're gonna** come again.

J. Booker:    (UI) tell them to watch out.
Should be:
J. Booker:    (UI) tell **you** to watch out.

## PAGE 15

| | |
|---|---|
| J. Booker: | 'Cause they will come. I know they going to come 'cause they (UI) nothing back from you boy. |

Should be:

| | |
|---|---|
| J. Booker: | 'Cause they will come, I know they going to come 'cause they **hungry man they ain't get** nothing back from you boy. |

| | |
|---|---|
| J. Booker: | And they, they need just to bring (UI) to make a hit. |

Should be:

| | |
|---|---|
| J. Booker: | and they, they need just to bring (UI) to make a **(UI).** |

| | |
|---|---|
| C. McCleod: | I thought they just came and knock, and they (UI) kick it down. |

Should be:

| | |
|---|---|
| C. McCleod: | I thought just came and knock, **he say kicked it in.** |

| | |
|---|---|
| J. Booker: | I know. |

Should be:

| | |
|---|---|
| J. Booker: | **Yeah.** |

## PAGE 16

| | |
|---|---|
| J. Booker: | (UI) Evie (PH) talked to him on the phone. But the (UI) my woman telling me. That means you blow smoke up my ass. The good this is I just kept it to myself. You know what I'm saying? |

Should be:

| | |
|---|---|
| J. Booker: | **(UI)** talked to him on the phone. But the (UI) my |

woman telling me. That means you blow smoke up my ass.
The good thing is I just kept it to myself. You know what I'm
saying?

J. Booker:    I, ih, I was just feeling you out. I know what you're doing, trying
to smile at my face. And laughing. (UI) even put me out there...
Should be:
J. Booker:    I, ih I **just gonna feel** you out. I know what you're doing, trying
to smile at my face, and laughing. (UI) put me out there....

J. Booker:    ... you know what I'm saying? 'Cause you know, right now, you
(UI) you part of the family.
Should be:
J. Booker:    ... you know what I'm saying? 'Cause you know, right now,
(UI) you part of the family.

J. Booker:    You was a part of (UI).
Should be:
J. Booker:    **Once a part all a part.**

## PAGE 17

J. Booker:    That (UI).
Should be:
J. Booker:    (UI).

J. Booker:    I uh, I want, I'm gonna do a little bit.  (UI) I was selling the other
              for a couple, alright?

Should be:

J. Booker:    **(UI),** I'm gonna do a little bit.  (UI) **I'm gonna put something together**
              for a couple, alright?

J. Booker:    Something to clear, something, I, uh, I was trying to help you
              right now.  I don't understand (UI) once you cleared.

Should be:

J. Booker:    Something to clear, something **(UI)** to help you
              right now.  **(UI)** once you **clear.**

J. Booker:    I'm I'm uh, (UI) this shit right now.

Should be:

J. Booker:    I'm, I'm uh, **lining up some** shit right now.

## PAGE 18

J. Booker:    Two hundred (200) (UI) for the uh, for the next six, seven (6,7)
              hours I'll be lining it up, so (UI) for you.

Should be:

J. Booker:    **[STUTTERING]** (UI) for the uh, for the next six, seven (6,7)
              hours I'll be lining it up, so (UI) for you.

### [PROPOSED TRANSCRIPT ON FOLLOWING PAGES]

| | |
|---|---|
| **Case #:** | **G97-0147** |
| **Tape #:** | **N26B (Call #214)** |
| **Date (of recording):** | **05-25-97** |
| **Time (of recording):** | **10:06** |
| **Participants:** | **Cecil McCleod; James Booker** |

**Abbreviations:**

| | |
|---|---|
| **Unintelligible:** | **(UI)** |
| **Phonetic:** | **(PH)** |

| 1 | **SUMMARY: Cecil McCleod: James Booker** | |
|---|---|---|
| 2 | J. Booker: | What's up dog? |
| 3 | C. McCleod: | (UI). |
| 4 | J. Booker: | Good morning (UI). You alright? |
| 5 | C. McCleod: | Yeah, yeah. This is working out. It's, it's just a lot of confusion with (UI) |
| 6 | | that thing. You know them same characters that was with you. |
| 7 | J. Booker: | Yeah. |
| 8 | C. McCleod: | With that last situation, they, they were behind the whole thing. |
| 9 | J. Booker: | I figured that. |
| 10 | C. McCleod: | They been clowning like a bitch, man. |
| 11 | J. Booker: | Yeah? |
| 12 | C. McCleod: | If I've knew [sic] it was them motherfuckers, I might have not (UI) |
| 13 | | been with that shit. |
| 14 | J. Booker: | It was... it was them coming through your boy, uh? |
| 15 | C. McCleod: | Yeah. You know what I'm saying? |
| 16 | J. Booker: | Yeah., yeah, 'cause they, they asked me last week. (UI) you |
| 17 | | know what they asked me? |
| 18 | C. McCleod: | Nah huh. |
| 19 | J. Booker: | I, I, uh I told 'em we can't do nothin'. |
| 20 | C. McCleod: | Uh huh. |
| 21 | J. Booker: | You know what I'm saying? |
| 22 | C. McCleod: | Right. |

| | | |
|---|---|---|
| 1 | J. Booker: | Hold on a second, hold on a second. I... hold on, hold on a second. |
| 2 | | [STATIC BURST, BACKGROUND RINGING, TO TAPE - 007] |
| 3 | C. McCleod: | Yeah. |
| 4 | J. Booker: | Yeah, yeah. |
| 5 | C. McCleod: | I don't know why them niggers are so full of games, man. |
| 6 | J. Booker: | Yeah, you know what I'm saying? |
| 7 | C. McCleod: | All the motherfuckin' time. |
| 8 | J. Booker: | But, but... they came through your boy. |
| 9 | C. McCleod: | Yeah. |
| 10 | J. Booker: | I, I though I recognized one of the motherfuckers man... and uh, uh, |
| 11 | | I could've sworn this mother fucker probably didn't want me to go. |
| 12 | C. McCleod: | Uhhh? |
| 13 | J. Booker: | I was, uh, I don't think they wanted me to go. |
| 14 | C. McCleod: | That ain't got nothing to do with them. |
| 15 | J. Booker: | No, but uh, (UI) tomorrow, man.  "I see ya' later, man, I see you later. |
| 16 | | Uh, uh I check it tomorrow, dog. |
| 17 | C. McCleod: | Who said that? |
| 18 | J. Booker: | Shaking me off, Shakey. |
| 19 | C. McCleod: | Oh, yeah? |
| 20 | J. Booker: | Uhh? |
| 21 | C. McCleod: | Who said that? |
| 22 | J. Booker: | Shakey. |

| 1 | C. McCleod: | Shakey ain't got nothing that. |
|---|---|---|
| 2 | J. Booker: | Uh, I know that. I was just telling what, what the motherfucker |
| 3 | | was saying when I was there, you know. (UI) |
| 4 | C. McCleod: | Oh, yeah. |
| 5 | J. Booker: | I figured, it was him, you know, (UI) that was doing it, right? |
| 6 | C. McCleod: | Yeah, 'cause I told my boy, in the first place. |
| 7 | J. Booker: | I didn't know, I didn't know you, (UI) true colors. |
| 8 | C. McCleod: | Uh huh. |
| 9 | J. Booker: | If I knew that, I would've just backed right up and put "Chico" (PH) with |
| 10 | | them. |
| 11 | C. McCleod: | Yeah, yeah. |
| 12 | J. Booker: | I, I didn't know. |
| 13 | C. McCleod: | Uh huh. |
| 14 | J. Booker: | I figured they made me know, 'cause I uh, I don't want them niggers |
| 15 | | didn't know nothing 'bout me, you know what I'm saying? |
| 16 | C. McCleod: | Yeah, I understand that, dog. |
| 17 | J. Booker: | (UI) half the port know what went down. |
| 18 | C. McCleod: | Right. That was a spur of the moment thing. Your boy couldn't |
| 19 | | get off, (UI) they send him back to the boat, you know what I'm |
| 20 | | saying? |
| 21 | J. Booker: | (UI), though. |
| 22 | C. McCleod: | Huh? |

| | | |
|---|---|---|
| 1 | J. Booker: | (UI) I was out, me and... |
| 2 | C. McCleod: | I know what you were saying, but he was your boy. |
| 3 | J. Booker: | Yeah. But I, I wouldn't worry about that, though. |
| 4 | C. McCleod: | Well, what I'm saying... |
| 5 | J. Booker: | I wouldn't do (UI). |
| 6 | C. McCleod: | ... people, people who I wanted I couldn't get. |
| 7 | J. Booker: | Yeah. Right, right. |
| 8 | C. McCleod: | "Ha-". "Hawk" was down there, on the other end. |
| 9 | J. Booker: | Uh, I, uh... you know what? I saw "Hawk" too, when I was sitting |
| 10 | | there, when, when I was sitting at "Lester's". |
| 11 | C. McCleod: | Yeah. |
| 12 | J. Booker: | I (UI) to "Hawk", why don't you catch this girl, you just call her |
| 13 | | and see how it's packed. |
| 14 | C. McCleod: | Yeah, yeah. |
| 15 | | [TAPE COUNT - 019] |
| 16 | J. Booker: | You uh, you know what I'm saying? |
| 17 | C. McCleod: | Uh huh. |
| 18 | J. Booker: | And uh, and uh, I started to (UI), back at "Lester's". And I beeped you |
| 19 | | again. |
| 20 | C. McCleod: | I lost two (2) people right quick, "Hawk" and "Dred". You know |
| 21 | | what I'm saying? |
| 22 | J. Booker: | I'll, I'll beep you quick. |

| 1  | C. McCleod: | That I had to replace.  And Then when I got back, they, they, say |
| 2  |             | you had Dipp, I said Dipp. |
| 3  |             | [STATIC PEAK.  CONVERSATION IS LOST MOMENTARILY] |
| 4  | J. Booker:  | Hello! |
| 5  |             | [STATIC BURST.  PHONE DIALING, TO TAPE COUNT - 024] |
| 6  |             | **[END OF CONVERSATION]** |
| 7  |             | **[NEW CONVERSATION.  TAPE COUNT - 026]** |
| 8  | C. McCleod: | Yeah. |
| 9  | J. Booker.  | That was it. |
| 10 | C. McCleod: | Uh huh.  You hold on. |
| 11 | J. Booker:  | I figured that what it was... |
| 12 | C. McCleod: | Uh huh. |
| 13 | J. Booker:  | ... I probably should have hung up, but, uh, (UI).  (UI) that |
| 14 |             | motherfucker (UI) God damn it, (UI)... |
| 15 | C. McCleod: | Uh huh. |
| 16 | J. Booker:  | Know what I'm saying... damn, he looked familiar. |
| 17 | C. McCleod: | Yeah, yeah. |
| 18 | J. Booker:  | But I ain't (UI) |
| 19 | C. McCleod: | Yeah. |
| 20 | J. Booker:  | I just (UI) you know what I'm saying?  So let me go chill over here. |
| 21 | C. McCleod: | Uh huh. |
| 22 | J. Booker:  | 'Cause I didn't want those niggers start holding a conversation with |

| 1  |              | me. I didn't want to talk to you'all. |
| 2  | C. McCleod: | Uh huh. |
| 3  | J. Booker:  | I figured... you know what? I figured, I, I missed (UI) that thing (UI) |
| 4  |              | and the motherfucker sneaking in, though your boy once I saw him, |
| 5  |              | you know. |
| 6  | C. McCleod: | Oh shit! |
| 7  | J. Booker:  | 'Cause he thought it was you who that straightened it out. |
| 8  | C. McCleod: | Uh huh. |
| 9  | J. Booker:  | That's what he told me. |
| 10 | C. McCleod: | Who? |
| 11 | J. Booker:  | See, my people don't want straightening this thing out. |
| 12 | C. McCleod: | Whose people? |
| 13 | J. Booker:  | "Shakey." |
| 14 | C. McCleod: | "Shake" said what? |
| 15 | J. Booker:  | That my people don't want to straighten this thing out. I got something |
| 16 |              | to work this (UI). Don't worry bout it. Some shit like that. (UI) my answer |
| 17 |              | to that. But he, him and his people were the ones that straightened this thing |
| 18 |              | out. |
| 19 | C. McCleod: | Yeah. |
| 20 | J. Booker:  | He said, "No big deal." |
| 21 | C. McCleod: | Uh? |
| 22 | J. Booker:  | Otherwise (UI) no big deal who was straightening it out. We were |

| 1  |              | the ones who need to know whether he did it or stop bullshitting.          |
| 2  | C. McCleod:  | Yeah.                                                                      |
| 3  | J. Booker:   | You know what I'm saying? 'Cause we, we'll make, we'll make                |
| 4  |              | motherfucking trouble.                                                     |
| 5  | C. McCleod:  | Yeah.                                                                      |
| 6  | J. Booker:   | I could've gotten mine all in one meeting.  You know what I'm saying?      |
| 7  | C. McCleod:  | Say that again.                                                           |
| 8  | J. Booker:   | I uh, I could have taken everybody out in one meeting.                     |
| 9  | C. McCleod:  | Yeah.                                                                      |
| 10 | J. Booker:   | You know what I'm saying? I could, I, uh, I (UI) taken everybody out.      |
| 11 | C. McCleod:  | Uhuh.                                                                      |
| 12 | J. Booker:   | Uh, I, I at that big meeting I told you about (UI).  But it's just         |
| 13 |              | that everything worked out, I told them chill.                            |
| 14 | C. McCleod:  | Uhm huh.                                                                   |
| 15 | J. Booker:   | And that was (UI).  You know, you... see, I was (UI) told you I            |
| 16 |              | wasn't taking any more shit.                                              |
| 17 | C. McCleod:  | Uh huh.                                                                    |
| 18 | J. Booker:   | That was it, man, that was it.  I. I was stressed out.  My family          |
| 19 |              | was stretched to the end, man.                                            |
| 20 | C. McCleod:  | I, you know, I knew about the motherfucking situation.  I knew that.       |
| 21 | J. Booker:   | I told you what I did.  I put it put it (UI) motherfuckers, eliminate the  |
| 22 |              | motherfuckers.  This being you gotta do what you gotta do.  I'm gonna take |

| | | |
|---|---|---|
| 1 | | care of my business. Plus that nigger put me out there, me and my man and |
| 2 | | my family. |
| 3 | | [TAPE COUNT - 043] |
| 4 | C. McCleod: | Uhuh. |
| 5 | J. Booker: | You understand what I'm saying? |
| 6 | C. McCleod: | Uh huh. |
| 7 | J. Booker: | It's the, the all all along me and you talk in person. |
| 8 | C. McCleod: | Uh huh. |
| 9 | J. Booker: | When are you going to holler at me Dog. I got people set right now. |
| 10 | C. McCleod: | Whenever I get straight, but I ain't straight yet. |
| 11 | J. Booker: | (UI) I figger that when you said the same people, then I knew |
| 12 | | they probably want most of that. |
| 13 | C. McCleod: | Yeah. |
| 14 | J. Booker: | [OVERLAPS] (UI). |
| 15 | C. McCleod: | I don't know what they're (UI) how are they trying niggers like this. |
| 16 | J. Booker: | Hey, they ain't trying me like (UI). They know they (UI) they really |
| 17 | | pay their debt. You know what I'm saying? |
| 18 | C. McCleod: | You know what I'm saying? [LAUGHS] |
| 19 | J. Booker: | Hey now, that, that, that can't be what I said. They gotten paid |
| 20 | | little by little, you know what I'm saying? |
| 21 | C. McCleod: | Uh huh. |
| 22 | J. Booker: | Hold on a second, (UI). |

| | | |
|---|---|---|
| 1 | | [BURST OF LOUD NOISES. TAPE COUNT - 048] |
| 2 | J. Booker: | Yeah. |
| 3 | C. McCleod: | Uh huh. |
| 4 | J. Booker: | I was, uh, you don't think you be through today? |
| 5 | C. McCleod: | What was that? |
| 6 | J. Booker: | That, you think you gonna be through, before the (UI)? |
| 7 | C. McCleod: | Uh, I don't know. I'm gonna go back. As soon as I get up I'm |
| 8 | | gonna go right back to (UI). |
| 9 | J. Booker: | Oh, you send word again? |
| 10 | C. McCleod: | Yeah. |
| 11 | J. Booker: | Oh, you still up there today. |
| 12 | C. McCleod: | Oh, again. We came in at uh quarter to six (5:45). |
| 13 | J. Booker: | With a small crew? |
| 14 | C. McCleod: | Uh, yeah, only ten (10) or so. |
| 15 | J. Booker: | Yeah, (UI). |
| 16 | C. McCleod: | Uhuh. |
| 17 | J. Booker: | (UI). |
| 18 | C. McCleod: | That shit, crazy man. I told the man, "Look it, those characters", my |
| 19 | | man." |
| 20 | J. Booker: | Yeah. |
| 21 | C. McCleod: | "Had them", my man. |
| 22 | J. Booker: | I, uh, (UI), you know I told them this (UI). He know that I can get back |

| | | |
|---|---|---|
| 1 | | with them. |
| 2 | C. McCleod: | Huh? |
| 3 | J. Booker: | I figure, I figure they're gonna come again. |
| 4 | C. McCleod: | Uh huh. |
| 5 | J. Booker: | (UI) tell you to watch out. |
| 6 | C. McCleod: | Uh huh. |
| 7 | J. Booker: | 'Cause they will come, I know they going to come 'cause they |
| 8 | | hungry man they ain't get nothing back from you boy. |
| 9 | C. McCleod: | Uh huh. |
| 10 | J. Booker: | And they, they need just to bring (UI) to make a (UI). |
| 11 | C. McCleod: | I heard they knocked his mama's door down. |
| 12 | J. Booker: | Yeah. Uh... |
| 13 | C. McCleod: | I thought just came and knock, he say kicked it in. |
| 14 | J. Booker: | Yeah. |
| 15 | C. McCleod: | Yeah, |
| 16 | J. Booker: | (UI) |
| 17 | C. McCleod: | Yeah, yeah.. |
| 18 | J. Booker: | That way them boys ain't talking all rough. |
| 19 | C. McCleod: | Uh uh. |
| 20 | J. Booker: | You know what I'm sayin'? |
| 21 | C. McCleod: | Uh uh. |
| 22 | J. Booker: | (UI) talked to him on the phone. But the (UI) my woman telling |

| 1  |             | me. That means you blow smoke up my ass. The good thing is |
|----|-------------|-----------------------------------------------------------|
| 2  |             | I just kept it to myself. You know what I'm saying? |
| 3  | C. McCleod: | Uh huh. |
| 4  | J. Booker:  | I, ih I just gonna feel you out. I know what you're doing, trying |
| 5  |             | to smile at my. And laughing, (UI) put me out there... |
| 6  | C. McCleod: | Uh huh. |
| 7  | J. Booker:  | ... you know what I'm saying? 'Cause you know, right now, (UI) you |
| 8  |             | part of the family. |
| 9  | C. McCleod: | (UI). |
| 10 | J. Booker:  | Once a part all a part. |
| 11 | C. McCleod: | Yeah? |
| 12 | J. Booker:  | Yeah. And I know, one don't move without the other. |
| 13 | C. McCleod: | Uhuh. |
| 14 | J. Booker:  | You know that. |
| 15 | C. McCleod: | Yeah. |
| 16 | J. Booker:  | (UI). |
| 17 | C. McCleod: | (UI). |
| 18 | J. Booker:  | (UI). I'm gonna do a little bit. (UI) I'm gonna put something together for a |
| 19 |             | couple, alright. |
| 20 | C. McCleod: | Say that again. |
| 21 | J. Booker:  | I'm gonna put some shit together. I'm just waiting on you. |
| 22 | C. McCleod: | Uhhm... |

| | | |
|---|---|---|
| 1 | J. Booker: | Okay? |
| 2 | C. McCleod: | Hold on, uh, let me, hold on.  Let me see what's going on. |
| 3 | J. Booker: | No, uh, no.  I know that. |
| 4 | C. McCleod: | You talking 'bout something new. |
| 5 | J. Booker: | Something to clear, something. (UI) to help you right now.  (UI) once you |
| 6 | | clear. |
| 7 | C. McCleod: | Okay.  I'd (UI). |
| 8 | J. Booker: | I'm, I'm uh, (UI) lining up some shit right now. |
| 9 | | [TAPE COUNT - 067] |
| 10 | C. McCleod: | Okay, I hear you, I hear you. |
| 11 | J. Booker: | [STUTTERING] (UI) for the uh, for the next six, seven (6,7) hours |
| 12 | | I'll be lining it up, so (UI) for you. |
| 13 | C. McCleod: | Okay. |
| 14 | J. Booker: | Before I say (UI). |
| 15 | C. McCleod: | Okay. |
| 16 | J. Booker: | Awright. |
| 17 | C. McCleod: | Alright. |
| 18 | | [SOUND OF SPEED-DIALING.  TAPE COUNT - 069] |
| 19 | | **[END OF RECORDING]** |
| 20 | | |
| 21 | | |

Respectfully submitted,

GARY I. ROSENBERG

2601 S. Bayshore Drive
Suite 1600
Miami, FL 33133
Telephone: (305) 858-5555
Telefax: (305) 858-4777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing OBJECTIONS was sent via fax on this _/C_ day of June, 2000 to: UNITED STATES ATTORNEY'S OFFICE, Michael Dittoe, Esquire, Assistant United States Attorney.

BY: _____

GARY I. ROSENBERG
FLORIDA BAR NO. 348996