NIGHT BOX
FILED

JUN    9 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE No. 00-6047-CR-ZLOCH |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Seltzer |
| JAMES BOOKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT BOOKER'S OBJECTIONS TO TRANSCRIPTS OF TAPE #N23A, CALL 174; MAY 24, 1997 AND PROPOSED TRANSCRIPT

COMES NOW, the Defendant JAMES BOOKER ("BOOKER") by and through undersigned

counsel and files these his objections to the transcript of Tape # N23A, Call 174; May 24, 1997 and

his proposed transcript of same:

### PAGE 2

**Line 6**     J. Booker:     (UI) - Y'all ain't called me at three.
Should be:

           J. Booker:     (UI) - Y'all ain't called me **(UI)**.


**Line 8**     J. Booker:     I don't know...why you don't call?
Should be:

           J. Booker:     I don't know.. why you don't call **dog?**



## PAGE 3

| | | |
|---|---|---|
| **Line 4**<br>Should be: | C. McCleod: | Yeah, I'm trying to work it out right now. |
| | C. McCleod: | Yeah, I'm trying to work it out now. |

| | | |
|---|---|---|
| **Line 6**<br>Should be: | J. Booker: | Huh? |
| | Deleted | |

| | | |
|---|---|---|
| **Line 7**<br>Should be: | C. McCleod: | I said I trying to work it out now, I with |
| | C. McCleod: | **Yeah, I'm** trying to work it out now, I with |

| | | |
|---|---|---|
| **Line 9**<br>Should be: | J. Booker: | What are you talking about? You ain't broke down yet |
| | J. Booker: | What you talking about? **You all didn't break it** |

| | | |
|---|---|---|
| **Line 12** | J. Booker: | Y'all ain't broke it down yet? I'll holler at... |
| Should be: | J. Booker: | Y'all ain't broke it down yet? |

| | | |
|---|---|---|
| **Line 14**<br>Should be: | C. McCleod: | Nah, is I'm with them now, you thought. |
| | C. McCleod: | Nah. **(UI)** I'm with them now, **I'll holler at you though** |

| | | |
|---|---|---|
| **Line 25**<br>Should be: | C. McCleod: | you suppose to, I donna what the fuck (UI). |
| | C. McCleod: | you suppose to, (UI). |

## PAGE 4

**Line 1**      J. Booker:      See. I was right in there. I'll talk to you later
Should be:

                J. Booker:      **Hey**, I was right **(UI)**, I'll **tell** to you later

**[PROPOSED TRANSCRIPT ON FOLLOWING PAGES]**

| | |
|---|---|
| **Case #** | **GS-97-0147** |
| **Tape #** | **N23A (Call 174)** |
| **Date of Recording:** | **5-24-97** |
| **Time Start:** | **15:23:12** |
| **Time End:** | **15:24:01** |
| **Participants:** | **Cecil McCleod and James Booker and unknown female** |

| 2 | **McCleod and unknown female.** | |
|---|---|---|
| 3 | C. McCleod: | Hello. |
| 4 | J. Booker: | What's up Dog? |
| 5 | C. McCleod: | What's up? |
| 6 | J. Booker: | (UI) - Y'all ain't called me (UI). |
| 7 | C. McCleod: | What? |
| 8 | J. Booker: | I don't know..why you don't call? dog? |
| 9 | C. McCleod: | Man what are you talking about? |
| 10 | J. Booker: | I can't hear (beep) everything clean. |
| 11 | C. McCleod: | Hold on, hold on, hold on. |
| 12 | INCOMING CALL | |
| 13 | UF: | You can talk on the phone with (UI) out you can't pick up the phone can call |
| 14 | | me all day long... (UI) i don't know what to say about you right now today. |
| 15 | C. McCleod: | You at the wedding yet? |
| 16 | UF: | I ain't at no wedding yet. |
| 17 | C. McCleod: | What time it start? |
| 18 | UF: | It don't start till three o'clock, three thirty. |
| 19 | C. McCleod: | When I woke up (UI).... where you at, where you at now? |
| 20 | UF: | I'm in my car. |
| 21 | C. McCleod: | Let me call you on the other line, give me about five minutes.  Alright? |
| 22 | | Alright? |
| 23 | BACK TO BOOKER CALL. | |
| 24 | C. McCleod: | Hello? Hello? |
| 25 | J. Booker: | Yeah. |

C. McCleod:      Yeah, I'm trying to work it out now (beeps).

| 2  | J. Booker:    | What you talking about? You all didn't break it down yet? |
| 3  | C. McCleod:   | Huh? |
| 4  | J. Booker:    | Y'all ain't broke it down yet? |
| 5  | C. McCleod:   | Nah, (UI) I'm with them now, I'll holler at you though. |
| 6  | J. Booker:    | You ain't going to work. |
| 7  | C. McCleod:   | Huh? Yeah I suppose to be there but I shit you know, I can't leave this. |
| 8  | J. Booker:    | Yeah, yeah, yeah uh uh. |
| 9  | C. McCleod:   | I'll holler at you though. |
| 10 | J. Booker:    | You goin holler at me though. |
| 11 | C. McCleod:   | Yeah. |
| 12 | J. Booker:    | I ain't got to worry about it. |
| 13 | C. McCleod:   | Man, you ain't got to worry about nothin your ass. take your ass on in there |
| 14 |               | where you suppose to, (UI). |
| 15 | J. Booker:    | Hey, I was right (UI), I'll tell you later. |
| 16 | C. McCleod:   | Alright then. |
| 17 | J. Booker:    | Alright. |
| 18 |               | |
| 19 |               | |

Respectfully submitted.

GARY I. ROSENBERG

Adorno & Zeder.
2601 S. Bayshore Drive
Suite 1600
Miami, FL 33133
Telephone: (305) 858-5555
Telefax: (305) 858-4777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing OBJECTIONS was sent via fax on this _____ day of June, 2000 to: UNITED STATES ATTORNEY'S OFFICE, Michael Dittoe, Esquire, Assistant United States Attorney.

BY: _____
GARY I. ROSENBERG
FLORIDA BAR NO. 348996