UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NIGHT BOX
FILED
JUN 9 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES BOOKER,

Defendant.

CASE No. 00-6047-CR-ZLOCH

Magistrate Judge Seltzer

**DEFENDANT BOOKER'S OBJECTIONS TO TRANSCRIPTS OF TAPE #N45A, CALL 570; MAY 31, 1997 AND PROPOSED TRANSCRIPT**

COMES NOW, the Defendant JAMES BOOKER ("BOOKER") by and through undersigned counsel and files these his objections to the transcript of Tape # N45A, Call 570; May 31, 1997 and his proposed transcript of same:

**PAGE 1**

J. Booker: Yeah.
Should be:
J. Booker: **Where you at?**



**PAGE 2**

C. McCleod: We don't start till 8:30, so I might come holler at you before they're here.

Should be:

C. McCleod: We don't start till 8:30, so I might come holler at you before **then**.

**PAGE 3**

J. Booker: Okay. I tell you what uh. I'm aying some bricks right now in the backyard...

Should be:

J. Booker: Okay. I tell you what uh. I'm **laying** some brick right now in the backyard...

C. McCleod: Oh. I'll. I'll call my partner. but I just wanted to see the goods. the goods. You finish the goods?

Should be:

C. McCleod: Oh. I'll. I'll call my partner. but I just wanted to see the goods. You finish the goods?

**PAGE 4**

C. McCleod: You said, you said some of it was good!

Should be:

C. McCleod: You said, you said some of it was good**.**

J. Booker: I'm gonna uh. I'm gonna take care of that in a minute.

Should be:

J. Booker: I'm gonna take care of that in a minute.

**PAGE 5**

J. Booker: No, hell no! Twenty ($20.00). It was about twenty-four ($24.00), maybe to twnety-three and a half ($23.50).

Should be:

J. Booker: No, hell, no. Twenty (20). It was about twnety-four (24), maybe to twenty-three and a half (23 1/2).

J. Booker: I got twenty ($20.00)

Should be:

J. Booker: I got twenty (20)

**PAGE 6**

J. Booker: You know I can do nuthin with the (UI) [BURSTS LAUGHING] I can't do that.

Should be:

J. Booker: You know I can do nuthin with the (UI)

**C. McCleod: [BURSTS LAUGHING]**

J. Booker: .....I can't do that.

**PAGE 7**

J. Booker: Okay, dude. Ah, see (UI) things. You don't know but you know this: You know this ain't good.

Should be:

J. Booker: I can't do. Ah, see (UI) hey. You don't know but you know this: You know this ain't good.

**Case #:** GS-97-0147

**Tape:** N45A (Call 570)

**Date (of recording):** 05-31-97

**Time (of recording):** 4:25:39

**Participants:** Cecil McCleod; James Booker

**Abbreviations:**

**Unintelligible** (UI)

**Phonetic** (PH)

**Summary:** **Cecil McCleod; James Booker; Tape # N45A (Call 570) ; May 31, 1997**

[SPEED DIALING SOUND]

J. Booker: Where you at?

C. McCleod: Hey, we don't start till eight thirty (8:30).

J. Booker: Huh?

C. McCleod: We don't start till 8:30, so I might come holler at you before then.

J. Booker: Okay.

C. McCleod: Okay?

J. Booker: I'm uh (UI), he change the time that quick?

C. McCleod: Yeah.

J. Booker: (UI).

C. McCleod: Man, it's (UI) never got in contact with me.

J. Booker: Uh?

C. McCleod: It's uh...

J. Booker: (UI).

C. McCleod: It's been changed. But he never, uh, got in contact with me.

J. Booker: Oh, oh, oh, ohhh.

C. McCleod: Ahh!

J. Booker: I see, okay.

C. McCleod: So, I'll probably holler at you before, before you get to meet me out there.

J. Booker: Okay, I tell you what uh, I'm laying some bricks right now in the backyard...

C. McCleod: Uh huh.

J. Booker: ... give me a little time and uh, and we can link up. Okay? You (UI) something for me though.

C. McCleod: Oh, I'll, I'll call my partner, but I just wanted to see the goods. You finish the

goods?

J. Booker: (UI). I can't hear you.

C. McCleod: Did you finish the goods?

J. Booker: Did I finish what I'm doing yet?

C. McCleod: I mean the goods, everything that was good, did you finish that?

[LOUD BACKGROUND NOISES]

J. Booker: (UI)?

C. McCleod: You said, you said some of it was good.

J. Booker: Yeah, yeah, yeah, yeah.

C. McCleod: You finished that?

J. Booker: I'm gonna take care of that in a minute.

C. McCleod: Oh, okay.

J. Booker: I was trying to see if you couldda finish up (UI), you know, some more dollars for me, so I could give 'im his whole order, you know. 'Cause I know he don't wanna book, a whole book, you know what I'm saying?

C. McCleod: Yeah.

J. Booker: Yeah!

C. McCleod: Let me make uh, let me make a couple of calls.

J. Booker: Awright.

C. McCleod: But, uh, but thirty dollars ($30.00) straight?

J. Booker: Uh?

C. McCleod: About thirty dollars ($30.00) for a straight?

J. Booker: No, hell no. Twenty (20). It was about twenty-four (24), maybe twenty-three and a half (23 1/2).

C. McCleod: Huhh?

J. Booker: I got twenty (20). That ain't no good.

C. McCleod: Okay, I understand that.

J. Booker: (UI) you only gave me forty (40).

C. McCleod: Forty-five (45).

J. Booker: Forty-five (45), you know minus all the bad stuff...

C. McCleod: [OVERLAPS] Oh, right, right, right, right.

J. Booker: ...you know what I'm saying?

C. McCleod: Okay, but...I see what you saying.

J. Booker: And like I said, the one (1) I didn't do 'cause I, I gonna keep that one (1) and do it myself.

C. McCleod: Uhuh.

J. Booker: You know one (1), one (1), one (1) 'cause it, it ain't like three (3), three (3). It might (UI). But I know once I picked all the stuff, I figure it'll be about three and a half (3 1/2).

C. McCleod: (UI).

J. Booker: So, that (UI). We close. Don't worry, I'm gonna take care of you. See if you can fix, give me some more of the good, not the bad.

C. McCleod: Okay.

J. Booker: And that way we can uh....

C. McCleod: What you gonna be... what you be able to do with that bad?

J. Booker: I can't hear you.

C. McCleod: I said what can you do with that bad?

[SPELL OF NOISE. TAPE COUNT - 016]

J. Booker: You know what I did with my bad. I just put it put to, uh (UI), man.

C. McCleod: Nahh...

J. Booker: You know I can do nuthin with the (UI).

C. McCleod: [BURSTS LAUGHING]

J. Booker: I can't do that.

C. McCleod: Okay

J. Booker: I can't do. Ah, see (UI) hey. You don't know but you know this: You know this ain't good.

C. McCleod: Okay. I... listen.

J. Booker: You, you understand what I'm saying?

C. McCleod: Alright.

J. Booker: Awright?

C. McCleod: Alright.

[SPEED DIALING SOUND] [TAPE COUNT - 019]

**[END OF RECORDING]**


Respectfully submitted,

GARY I. ROSENBERG

Adorno & Zeder.
2601 S. Bayshore Drive
Suite 1600
Miami, FL 33133
Telephone: (305) 858-5555
Telefax: (305) 858-4777

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing OBJECTIONS was sent via fax on this 10 day of June, 2000 to: UNITED STATES ATTORNEY'S OFFICE Michael Dittoe, Esquire, Assistant United States Attorney.

BY: ______________________
GARY I. ROSENBERG
FLORIDA BAR NO. 348996