**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

NIGHT BOX
FILED

JUN 9 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE No. 00-6047-CR-ZLOCH |
| ) | |
| v. ) | |
| ) | Magistrate Judge Seltzer |
| JAMES BOOKER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DEFENDANT BOOKER'S OBJECTIONS TO TRANSCRIPTS OF TAPE #N44B, CALL 559; MAY 31, 1997 AND PROPOSED TRANSCRIPT

COMES NOW, the Defendant JAMES BOOKER ("BOOKER") by and through undersigned counsel and files these his objections to the transcript of Tape # N44B, Call 559; May 31, 1997 and his proposed transcript of same:

### PAGE 2

**Call should begin as follows:**

    **J. Booker:**    Yo.
    **C. McCleod:**    Hello.

**Line 3:**    C. McCleod:    Hello what's up?
Should be:
        C. McCleod:    What's up?

**Line 5:**    C. McCleod:    What's going on man?



|  |  |  |
|---|---|---|
| Should be: | C. McCleod: | What's going on **buddy?** |
| **Line 8:**: | J. Booker: | A couple - ain't no good right. |
| Should be: | J. Booker: | A couple **of them** ain't no good right. |
| **Line 10:** | J. Booker: | Well buddy, I ain't talkin them out o that thing, but you got you there. |
| Should be: | J. Booker: | **UI** |
| **Line 15** | J. Booker: | You now these (UI) as the. |
| Should be: | J. Booker: | **UI** |
| **Line 16** | J. Booker | as the. You need the number I can give you |
| Should be: | J. Booker: | You need the number. |
|  | **McCleod:** | **Ah.** |
|  | **J. Booker:** | I can give you |
| **Line 17** | J. Booker: | this 20 right here, they, two of them, two |
| Should be: | J. Booker: | this 20 right here, **(UI)**, two of them, two |
| **Line 18** | J. Booker: | heavy ones. Boy, I'll tell you, God, you |
| Should be: | J. Booker: | heavy ones. Boy, I'll tell you **(UI)**, you |
| **Line 21** | J. Booker: | The one I still got put up, but it was no |

|  | Should be: | | |
|---|---|---|---|
|  |  | J. Booker: | The one I still got put up, but it**s not** |
| **Line 22** | Should be: | J. Booker: | it's till the early stages of you know what |
|  |  | J. Booker: | it's the early stages of **it,** know what |
| **Line 25** | Should be: | J. Booker: | It's the freshest, you know, how my came. |
|  |  | J. Booker: | It's the freshest, **(UI)**, how my came. |

## PAGE 3

| **Line 11** | Should be: | J. Booker: | I got somebody to see $20 right |
|---|---|---|---|
|  |  | J. Booker: | I got somebody **(UI)** $20 right |
| **Line 13** | Should be: | J. Booker: | Ask me a (UI). |
|  |  | J. Booker: | **the minute he see it** |

[PROPOSED TRANSCRIPT ON FOLLOWING PAGES]

| | |
|---|---|
| Case #: | GS-97-0147 |
| Tape: | N44B |
| Date (of recording) | 05-31-97 |
| Time (of recording) | 15:46:56 |
| Participants: | Cecil McCleod and James Booker |

Abbreviations:

| | |
|---|---|
| Unintelligible: | (UI) |
| Phonetic: | (PH) |

| | | |
|---|---|---|
| 1 | **Summary:** | **McCleod and James Booker** |
| 2 | J. Booker: | Yo. |
| 3 | C. McCleod: | Hello. |
| 4 | J. Booker | Yo. |
| 5 | C. McCleod: | What's up? |
| 6 | J. Booker: | It's me man. |
| 7 | C. McCleod: | What's going on buddy? |
| 8 | J. Booker: | Hey. |
| 9 | C. McCleod: | Uh huh. |
| 10 | J. Booker: | A couple of them ain't no good right. |
| 11 | C. McCleod: | What? |
| 12 | J. Booker: | (UI). |
| 13 | C. McCleod: | Huh. |
| 14 | J. Booker: | I got somebody here that wants a lot man, but he ain't going to take that |
| 15 | | because it's different from the rest. (UI). You need the number. |
| 16 | C. McCleod: | Ah. |
| 17 | J. Booker: | I can give you this 20 right here, (UI), two of them, two heavy ones. Boy, I'll |
| 18 | | tell you, (UI), you know what it reminded me of? |
| 19 | C. McCleod: | What? |
| 20 | J. Booker: | The one I still got put up, but its not it's the early stages of it, know what |
| 21 | | I'm sayin'? |
| 22 | C. McCleod: | Uh huh. |
| 23 | J. Booker: | It's the freshest, (UI), how my came, when nobody wanted it. |
| 24 | C. McCleod: | Right. |
| 25 | J. Booker: | Remember when I first got it? |

| | | |
|---|---|---|
| 1 | C. McCleod: | Right. |
| 2 | J. Booker: | It is. |
| 3 | C. McCleod: | What number you at? What number you at? |
| 4 | J. Booker: | I'm at the yard. I'm on my cell though. |
| 5 | C. McCleod: | 355. |
| 6 | J. Booker: | I'm there though. |
| 7 | C. McCleod: | You where? |
| 8 | J. Booker: | I got somebody (UI) $20 right |
| 9 | C. McCleod: | Hey. |
| 10 | J. Booker: | the minute he see it |
| 11 | C. McCleod: | Put number where you at on your beeper right now. |
| 12 | J. Booker: | My cell. |
| 13 | C. McCleod: | I don't know it, put it in my beeper please and let me call you on the other one. |
| 14 | J. Booker: | Alright. |
| 15 | C McCleod: | Alright. |
| 16 | CONVERSATION TERMINATED. | |

Respectfully submitted,

GARY I. ROSENBERG

_____
Adorno & Zeder.
2601 S. Bayshore Drive
Suite 1600
Miami, FL 33133
Telephone: (305) 858-5555
Telefax: (305) 858-4777

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing OBJECTIONS was sent via fax on this ___ day of June, 2000 to: UNITED STATES ATTORNEY'S OFFICE, Michael Dittoe, Esquire, Assistant United States Attorney.

BY: _____
GARY I. ROSENBERG
FLORIDA BAR NO. 348996