**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**NIGHT BOX
FILED**

**JUN 9 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE No. 00-6047-CR-ZLOCH |
| v. | ) | |
| | ) | Magistrate Judge Seltzer |
| JAMES BOOKER, | ) | |
| Defendant. | ) | |

## DEFENDANT BOOKER'S OBJECTIONS TO TRANSCRIPTS OF TAPE #N9A, CALL 69; MAY 19, 1997 AND PROPOSED TRANSCRIPT

COMES NOW, the Defendant JAMES BOOKER ("BOOKER") by and through undersigned counsel and files these his objections to the transcript of Tape # N9A, Call 69; May 19, 1997 and his proposed transcript of same:

### PAGE 1

J. Booker:    (UI).
Should be:
    J. Booker:    **Yo-Yo.**

### PAGE 2

J. Booker:    You didn't anything for me?
Should be:
    J. Booker:    You **ain't found out nothing for me?**



    J. Booker:   Uh?
Should be:
    **C. McCleod: H**uh?


    C. McCleod:   No, that wasn't it.  That's what I (UI) over there, next (UI).
Should be:
    C. McCleod:   No, that wasn't it.  **That wasn't it what I thought was over there (UI).**


## PAGE 3

    J. Booker:   I'm looking for something (UI), you know.
Should be:
    J. Booker:   I'm looking **to put** something **together**, you know.


## PAGE 5

    J. Booker:   Oh, okay.  Well, I only got to have a (UI).
Should be:
    J. Booker:   Oh, okay.  Well, I **(UI).**


    C. McCleod:   Uh huh.
Should be:
    C. McCleod:   Uh huh.  Okay.


    J. Booker:   Okay.  I let you (UI).
Should be:
    J. Booker:   **(UI).  Holler at him for me.**


**[PROPOSED TRANSCRIPT ON FOLLOWING PAGES]**

| | |
|---|---|
| Case #: | GS-97-0149 |
| Tape #: | N9A (call 69) |
| Date (of recording): | 05-19-97 |
| Time (of recording) | (not specified) |
| Participants: | Cecil McCleod; James Booker |

Abbreviations:

| | |
|---|---|
| Unintelligible: | (UI) |
| Phonetic: | (PH) |

| | | |
|---|---|---|
| 1 | **Summary:** | **Cecil McCleod: James Booker** |
| 2 | J. Booker: | Yo-Yo. |
| 3 | C. McCleod: | What's up? |
| 4 | J. Booker: | What's up? |
| 5 | C. McCleod: | Nothing. |
| 6 | J. Booker: | Tell me something good. |
| 7 | C. McCleod: | You dialed the wrong person for that, buddy? |
| 8 | J. Booker: | You ain't found out nothing for me. |
| 9 | C. McCleod: | Uh uh. |
| 10 | | [LOUD, RADIO-LIKE, BACKGROUND VOICES] |
| 11 | C. McCleod: | I thought you all looked. |
| 12 | J. Booker: | What? |
| 13 | C. McCleod: | Huh? |
| 14 | J. Booker: | What happened? |
| 15 | C. McCleod: | Nothing, I don't know. I thought you all looked. |
| 16 | J. Booker: | No, you know... I uh, I didn't hear from you. I thought that, that you gonna |
| 17 | | get back with me, you know? |
| 18 | C. McCleod: | No, that wasn't it. That wasn't it what I thought was over there (UI). |
| 19 | J. Booker: | No, I ain't talking about that. I want to know for my thing. |
| 20 | | [BURST OF LOUD BACKGROUND VOICES AND NOISE] |
| 21 | C. McCleod: | Oh, I ain't hollered at him. |
| 22 | J. Booker: | You ain't hollered at him. (UI)? |

| | | |
|---|---|---|
| 1 | C. McCleod: | (UI). I ain't have a thing. |
| 2 | J. Booker: | No, oh, okay. Oh, I forgot about that , you know. |
| 3 | C. McCleod: | (UI). |
| 4 | J. Booker: | What you're talking about. I forgot about that. I'm waiting for you for my shit. |
| 5 | C. McCleod: | Uh huh. |
| 6 | J. Booker: | I'm looking to put something together, you know. |
| 7 | C. McCleod: | Uh huh. |
| 8 | J. Booker: | I'm ready to put something together (UI) now. |
| 9 | C. McCleod: | Hold on, hold on. Hold. |
| 10 | | [C. MCCLEOD, APPARENTLY LEAVING J. BOOKER AND TALKING TO SOMEONE IN |
| 11 | | BACKGROUND. TAPE COUNT - 008] |
| 12 | C. McCleod: | Hey! (UI). |
| 13 | UMV: | (UI). |
| 14 | C. McCleod: | Okay? I just (UI). |
| 15 | | [C. MCCLEOD BACK TO J. BOOKER, AT TAPE COUNT 011] |
| 16 | C. McCleod: | Hey! |
| 17 | J. Booker: | Yeah. |
| 18 | C. McCleod: | How about later tonight, uh..., what time you go to work tomorrow? |
| 19 | J. Booker: | I'm off tomorrow. |
| 20 | C. McCleod: | Did you see the board? |
| 21 | J. Booker: | Yeah, yeah. I'm regular at 4:00 P.M. |
| 22 | C. McCleod: | Four (4:00) P.M.? |
| 23 | J. Booker: | Yeah. |

| | | |
|---|---|---|
| 1 | C. McCleod: | Okay. |
| 2 | J. Booker: | At four (4:00) P.M. Uh, what you (UI) over there? |
| 3 | C. McCleod: | Yeah. |
| 4 | J. Booker: | Oh, okay. Well, (UI). |
| 5 | C. McCleod: | Uh huh. Okay. |
| 6 | J. Booker: | (UI). Holler at him for me. |
| 7 | C. McCleod: | Yeah. |
| 8 | J. Booker: | Alright. |
| 9 | | [NOISES. SPEED DIALING SOUND. TAPE COUNT - 014] |
| 10 | | **[END OF RECORDING]** |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |

Respectfully submitted,

GARY I. ROSENBERG

2601 S. Bayshore Drive
Suite 1600
Miami, FL 33133
Telephone: (305) 858-5555
Telefax: (305) 858-4777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing OBJECTIONS was sent via fax on this _10_ day of June, 2000 to: UNITED STATES ATTORNEY'S OFFICE, Michael Dittoe, Esquire, Assistant United States Attorney.

BY: _____
GARY I. ROSENBERG
FLORIDA BAR NO. 348996