UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**NIGHT BOX FILED**

JUN 9 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE No. 00-6047-CR-ZLOCH |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Seltzer |
| JAMES BOOKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT BOOKER'S OBJECTIONS TO TRANSCRIPTS OF TAPE #N39A, CALL 476; MAY 29, 1997 AND PROPOSED TRANSCRIPT

COMES NOW, the Defendant JAMES BOOKER ("BOOKER") by and through undersigned counsel and files these his objections to the transcript of Tape # N39A, Call 476; May 29, 1997 and his proposed transcript of same:

| **Line 7** | C. McCleod: | I should be able to get with hey |
|---|---|---|
| Should be: | | |
| | C. McCleod: | I should be able to get with **you** hey |

| **Line 9** | C. McCleod: | You got some (UI). |
|---|---|---|
| Should be: | | |
| | C. McCleod: | You got **me sure enough**. |

| | | |
|---|---|---|
| **Line 10** Should be: | J. Booker | if its good, if it;s bull shit |
| | J. Booker | if its good **man**, if it's bull shit. |
| **Line 14** Should be: | C. McCleod: | Well, I got some, don't talk on this mother fucking phone, I'm coming around Miami, I'll hit you up. |
| | C. McCleod: | Well, I got (**UI**), don't talk on this mother fucking phone, I'm coming around Miami, I'll hit you **in a little bit**. |
| **Line 19** Should be: | J. Booker: | You bringing something with ya? |
| | J. Booker: | **What** you bringing something with ya? |
| **Line 21** Should be: | J. Booker: | You bringing something with ya? |
| | J. Booker: | **What** you bringing something with ya? |
| **Line 22** Should be: | C. McCleod: | I'll talk to you when I get down there to Miami. |
| | C. McCleod: | I'll talk to you when I get down there. |

[PROPOSED TRANSCRIPT APPEARS ON FOLLOWING PAGES]

| | |
|---|---|
| Case #: | GS-97-0147 |
| Tape #: | N39A |
| Date (of recording): | 5-29-97 |
| Time (of recording): | 18:56:59 |
| Participants: | Cecil McCleod and James Booker |

Abbreviations:

| | |
|---|---|
| Unintelligible: | (UI) |
| Phonetic: | (PH) |

| | | |
|---|---|---|
| 2 | J. Booker: | What's up? |
| 3 | C. McCleod: | Hello. |
| 4 | J. Booker: | Yeah, what's up this is Book. |
| 5 | C. McCleod: | What's up dog? |
| 6 | J. Booker: | What's happening. |
| 7 | C. McCleod: | I should be able to get with you hey |
| 8 | J. Booker: | Yeah. |
| 9 | C. McCleod: | You got me sure enough. |
| 10 | J. Booker: | If it's good man, if it's bull shit, it, you know it take me a minute, |
| 11 | | You know what I'm saying, if its good, I'll handle if it's good. |
| 12 | C. McCleod: | Well, I got (stuttering), don't talk on this mother fucking phone, |
| 13 | | I'm coming around Miami, I'll hit you in a little bit. |
| 14 | J. Booker: | I'm getting off 595, right now. |
| 15 | C. McCleod: | Okay. I'll hit ya whan I get down to Miami. |
| 16 | J. Booker: | What you bringing something with ya? |
| 17 | C. McCleod: | Uh. |
| 18 | J. Booker: | What you bringing something with ya? |
| 19 | C. McCleod: | I'll talk to you when I get down there. |
| 20 | J. Booker: | Alright. |
| 21 | C. McCleod: | Talk this bull shit on the phone, nigger what's wrong with you? |
| 22 | | |
| 23 | END OF CALL. | |
| 24 | | |

Respectfully submitted,

GARY I. ROSENBERG

Adorno & Zeder.
2601 S. Bayshore Drive
Suite 1600
Miami, FL 33133
Telephone: (305) 858-5555
Telefax: (305) 858-4777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing OBJECTIONS was sent via fax on this ___ day of June. 2000 to: UNITED STATES ATTORNEY'S OFFICE. Michael Dittoe. Esquire. Assistant United States Attorney.

BY: _____
GARY I. ROSENBERG
FLORIDA BAR NO. 348996