**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**NIGHT BOX FILED**

JUN 9 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE No. 00-6047-CR-ZLOCH |
| v. ) | |
| JAMES BOOKER, ) | Magistrate Judge Seltzer |
| Defendant. ) | |

## DEFENDANT BOOKER'S OBJECTIONS TO TRANSCRIPTS OF TAPE #N60A; JUNE 9, 1997 AND PROPOSED TRANSCRIPT

COMES NOW, the Defendant JAMES BOOKER ("BOOKER") by and through undersigned counsel and files these his objections to the transcript of Tape # N60A; June 9, 1997 and his proposed transcript of same:

### PAGE 2

 J. Booker: Not yet. i'm uh, just, I just getting home.
Should be:
 J. Booker: Not yet. i'm uh, **when did you get home?**


 C. McCleod: Oh, you just got there now.
Should be:
 C. McCleod: **I was just getting home.**



    J. Booker: Where you gonna be around ten o' clock (10:00)? 'Cause I needed to go and see Doc (PH).
Should be:
    J. Booker: Where you gonna be around ten o'clock (10:00)? 'Cause I needed to go and see **Thorpe**.

    J. Booker: Yeah, I'm gonna to get more (UI) and shit like that.
Should be:
    J. Booker: Yeah, I'm gonna to get more **chips** and shit like that.

    J. Booker: And then I'll be (UI).
Should be:
    J. Booker: And then **I'm gonna hit it.**

    C. McCleod: That number you told me is good is gonna be good, alright?
Should be:
    C. McCleod: That number you told me good, **will be** good, **though, right?**

## PAGE 3

    C. McCleod: The number you told me.
Should be:
    C. McCleod: The number.

    J. Booker: That's why I figured you'd give me a couple of hours...
Should be:
    J. Booker: That's why I figured you'd give me a couple of hours..., **Hey**

    C. McCleod: Hey!
Should be:
    deleted.

  J. Booker: Yeah.
Should be:
  deleted


  C. McCleod: All that, don't worry 'bout it, those (UI) that what you saying?
Should be:
  C. McCleod: All **right**, don't worry 'bout it, those (UI) that what you saying?


### PAGE 4

  C. McCleod: Okay. Unless you getting on (UI) or sumethin'.
Should be:
  C. McCleod: Okay. Unless you **got somebody to help you out?**


  J. Booker: Let my man do this thing, you know.
Should be:
  J. Booker: Let my man do **his** thing, you know.


  J. Booker: 'Cause uh, I, I'm I'm telling what to do with it, if you gonna do it, you will (UI). You know what I'm saying?
Should be:
  J. Booker: 'Cause uh, I, I'm I'm telling what to do with it, if you gonna do it, you (UI). You know what I'm saying?


### PAGE 5

  J. Booker: That's what (UI) I'm talking. That's what I'm talking 'bout, while I'm up there, I could, I could pick it with you while I'm up there.
Should be:
  J. Booker: That's what (UI) I'm talking. That's what I'm talking 'bout, while I'm up there, I could, I could **(UI)** it with **me** while I'm up there.

C. McCleod: Where it's going is not too far from where you are now, (UI)?
Should be:
C. McCleod: Where it's going is not too from where you are now, **though**?


J. Booker: No, Noo, I see what (UI) you meet me down here.
Should be:
J. Booker: Oh, Ohh, I see what you **saying, you got to take it** down here.


## PAGE 6

C. McCleod: What, you going to get a shower now?
Should be:
C. McCleod: What, you **fitting to** get **into the** shower now?


C. McCleod: Okay, let me (UI) to you.
Should be:
C. McCleod: Okay, let me **rush** to you.


J. Booker: I still, uh... I ain't gonna take my man yet. I ain't gone over there yet.
Should be:
J. Booker: I **(UI)**... I ain't **check** my man yet. I ain't **go** over there yet.


**[PROPOSED TRANSCRIPT ON FOLLOWING PAGES]**

| | |
|---|---|
| Case #: | 97-0147 |
| Tape #: | N60A |
| Date (of recording) | 06-09-97 |
| Time (of recording) | (not specified) |
| Participants: | Cecil McCleod; James Booker |

| | |
|---|---|
| Abbreviations: | |
| Unintelligible: | (UI) |
| Phonetic: | (PH) |

1   **SUMMARY: Cecil McCleod; James Booker**

2   J. Booker:      Yo!

3   C. McCleod:     Yeah.

4   J. Booker:      I just got (UI) a little while ago.

5   C. McCleod:     You got it straight?

6   J. Booker:      Not yet. I'm uh , when did you get home?

7   C. McCleod:     I was just getting home.

8   J. Booker:      Hey!

9   C. McCleod:     Yeah.

10  J. Booker:      Where you gonna be around ten o'clock (10:00)? 'Cause I needed

11                  to go and see Thorpe.

12  C. McCleod:     Uh huh..

13  J. Booker:      Yeah, I'm gonna to get more chips and shit like that.

14  C. McCleod:     Yeah.

15  J. Booker:      Yeah, so I'm going round up what I can round up for ya. You know what I'm

16                  saying? Give, give me a little bit while I'm, I'm gonna shower up now.

17  C. McCleod:     Uh huh.

18  J. Booker:      And then I'm gonna hit it.

19  C. McCleod:     That number you told me good be good though, right?

20  J. Booker:      What?

21  C. McCleod:     The number you told me.

22  J. Booker:      What's that?

23  C. McCleod:     The number.

| | | |
|---|---|---|
| 1 | J. Booker: | [OVERLAPS] Yeah, yeah, yeah! I'm I'm (UI) trying, I'm trying to do you |
| 2 | | better. |
| 3 | C. McCleod: | Oh, okay, I see what you saying. |
| 4 | J. Booker: | That's why I figured you'd give me a couple of hours..., Hey |
| 5 | C. McCleod: | Alright, don't worry 'bout it, those (UI) that what you saying? |
| 6 | J. Booker: | That's it. |
| 7 | C. McCleod: | Don't worry 'bout it. I got, uh, it taken care of already. |
| 8 | J. Booker: | Okay, good, (UI). |
| 9 | C. McCleod: | So, don't worry about those. |
| 10 | J. Booker: | Alright. |
| 11 | C. McCleod: | Okay. Unless you got somebody to help you out or sumethin'? |
| 12 | J. Booker: | No, no I will (UI). I tell you what, what I can do with it. |
| 13 | C. McCleod: | Okay. |
| 14 | J. Booker: | Let my man do his thing, you know. |
| 15 | C. McCleod: | No, no, no. I, I, get... |
| 16 | J. Booker: | 'Cause uh, I, I'm I'm telling what to do with it, if you gonna do it, you (UI). |
| 17 | | You know what I'm saying? |
| 18 | C. McCleod: | Yeah. |
| 19 | J. Booker: | Shoot that shit down. |
| 20 | C. McCleod: | Uhh, Pssst. So, how much longer, how much longer you gonna be there? |
| 21 | J. Booker: | I'll finish, I'll finish showering and that's it. |
| 22 | C. McCleod: | And then you be back by ten (10:00)? |
| 23 | J. Booker: | I'm gonna be up, up, up there in Lauderhill (PH). |

| | | |
|---|---|---|
| 1 | C. McCleod: | Okay. But when you go... |
| 2 | J. Booker: | I got, I got to go to Lauder'. |
| 3 | C. McCleod: | Okay. but you going to be back in the crib by ten (10:00)? |
| 4 | J. Booker: | So, I'm uh. I gotta be in Lauder' at ten (10:00). |
| 5 | C. McCleod: | When you want me to hook up with you? |
| 6 | J. Booker: | After I come from Lauder' or, or, while I'm up there. |
| 7 | | [HEAVY STATIC AND NOISES] |
| 8 | C. McCleod: | Oh, Oh, 'cau.. I uh, I need uh, I need to get that, that change from you. |
| 9 | J. Booker: | That's what (UI) I'm talking. That's what I'm talking 'bout, while I'm up there, |
| 10 | | I could, I could (UI) it with me while I'm up there. |
| 11 | C. McCleod: | Oh yeah? |
| 12 | J. Booker: | Yeah. |
| 13 | C. McCleod: | Where it's going is not too far from where you are now, though? |
| 14 | J. Booker: | Oh, ohh, I see what (UI) saying you got to take it down here. |
| 15 | C. McCleod: | Uh huh. |
| 16 | J. Booker: | Okay. I'll tell what I'll... |
| 17 | C. McCleod: | What, you fittin' to get into the shower now? |
| 18 | J. Booker: | Right now. |
| 19 | C. McCleod: | Okay, let me rush to you. |
| 20 | J. Booker: | Uh? |
| 21 | C. McCleod: | Let me (UI). |
| 22 | | [RECORDING. APPARENTLY GETS OUT OF SYNC] |
| 23 | J. Booker: | I (UI) I ain't check my man yet. I ain't go over there yet. |

| | | |
|---|---|---|
| 1 | C. McCleod: | Okay. but still, just uh... |
| 2 | J. Booker: | Let me, let... |
| 3 | C. McCleod: | Hold, hold on. |
| 4 | J. Booker: | Uh, but listen to me! |
| 5 | C. McCleod: | Uh huh. |
| 6 | J. Booker: | Let me go over there and get what he got. |
| 7 | C. McCleod: | Okay. |
| 8 | J. Booker: | And then I'm gonna call you. |
| 9 | C. McCleod: | Okay. |
| 10 | J. Booker: | Alright? |
| 11 | C. McCleod: | Alright. |
| 12 | J. Booker: | Awright. |
| 13 | | [SPEED DIALING SOUND] |
| 14 | | **[END OF RECORDING]** |

Respectfully submitted,

GARY I. ROSENBERG

2601 S. Bayshore Drive
Suite 1600
Miami, FL 33133
Telephone: (305) 858-5555
Telefax: (305) 858-4777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing OBJECTIONS was sent via fax on this _10_ day of June, 2000 to: UNITED STATES ATTORNEY'S OFFICE, Michael Dittoe, Esquire, Assistant United States Attorney.

BY: _____
GARY I. ROSENBERG
FLORIDA BAR NO. 348996