UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK(S)



UNITED STATES OF AMERICA,   )
                            )
          Plaintiff,        )
                            )
v.                          )
                            )
JAMES BOOKER et al.         )
                            )
          Defendants.       )
_____)

### ORDER

This matter is before the Court on the oral motion of the United States to allow the United States to bring an Elmo audio-visual system and a tape player into the Court for presentation of evidence in the above captioned case.

After careful consideration,

It is hereby ORDERED that the Government's oral motion is GRANTED;

It is further ORDERED that technical staff from the United States Attorney's office may bring the aforementioned equipment into the United States Courthouse and install such equipment in the undersigned's courtroom;

It is further ORDERED that such equipment may be brought into the Courthouse and installed starting Friday, October 20, 2000, and may remain in the Courthouse until the completion of



trial in the above captioned cause.

DONE and ORDERED this 18th day of October, 2000.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE