CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE Paul C Huck

FILED by __ D.C.
OCT 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

===============================================================

CASE NO. 00-6047-CR    DATE 10/18/2000

CLERK    Valerie Thompkins    REPORTER Larry Herr

USPO _____    INTERPRETER _____

UNITED STATES OF AMERICA vs. James Booker, Jarrad Knight, Sean Dixon, Donnell Books, Earnest Archie.

AUSA Michael Dittoe    DEFENSE CSL. Philip Horowitz, Gary Rosenberg, Scott Sakin, Joel Robrish,

Defendant(s) Present ____ Not Present ✓ In Custody _____

TYPE OF HEARING Calendar Call

RESULT OF HEARING Defense motion to Continue Trial filed on 10/12/00 is hereby granted. All counsel join in Oral Terms to a Continuance for there defendant(s) granted.

===============================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____     Trial Date  _____

Govt. Resp to P/T/Motions _____   Further S/C  _____

Change of Plea  _____

[ ] The Court finds that the time between now and the time of
    trial, to wit: _____ thru _____ to be excludable
    pursuant to the Speedy Trial Act.