JAN 12 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6047-CR-HUCK

   Plaintiff,

vs.                         NOTICE OF HEARING

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

   Defendant.
_____/

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a special status conference hearing on Friday, February 16, 2001, at 8:00 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

   Dated: January 12, 2001

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins,
    Deputy Clerk

cc: Michael Dittoe, AUSA
    Philip Horowitz, Esq.
    Gary Rosenberg, Esq.
    Gennaro Cariglio, Esq.
    Harold Keefe, Esq