CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
FEB 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE
PAUL C. HUCK

================================================================

CASE NO. **00-6047-CR**                    DATE **2-16-2001**

CLERK    **Valerie Thompkins**            REPORTER **LARRY HERR**

USPO _____              INTERPRETER _____

    UNITED STATES OF AMERICA   vs. **James Booker, Jarrod Knight,**

**Donnell Boks, Earnest Archie,**

AUSA **Michael Dittoe**                   DEFENSE CSL. **Philip Horowitz,**

**Gary Rosenberg, Gennaro Cariglio, Harold Keefe,**

Defendant(s) Present_____ Not Present **XX** In Custody_____

TYPE OF HEARING **SPECIAL STATUS CONFERENCE**

RESULT OF HEARING **STATUS HEARING HELD.**

================================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____       Trial Date _____

Govt. Resp to P/T/Motions_____      Further S/C _____

Change of Plea  _____