CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
MAR 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE
PAUL C. HUCK

===============================================================

CASE NO. 00-6047-CR-HUCK        DATE 3-21-2001

CLERK   Valerie Thompkins       REPORTER BRYNN DOCKSTADER

USPO _____     INTERPRETER _____

    UNITED STATES OF AMERICA  vs. JAMES BOOKER, JARROD KNIGHT,

DONNELL BOKS, EARNEST ARCHIE

AUSA MICHAEL DITTOE             DEFENSE CSL. PHILIP HOROWITZ,

GARY ROSENBERG, GENNARO CARIGLIO, HAROLD KEEFE

Defendant(s) Present____ Not Present XXX In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING DEFENSE MOTION TO CONTINUE TRIAL FILED ON

MARCH 19, 2001 IS HEREBY GRANTED COURT WILL SET THE NEW TRIAL

DATE BY SEPARATE ORDER.

===============================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____    Trial Date _____

Govt. Resp to P/T/Motions_____   Further S/C _____

Change of Plea _____

