```
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,               CASE NO.00-6047-CR-HUCK

           Plaintiff,

vs.                                     NOTICE OF HEARING

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,
           Defendant.
_____/
```



FILED by ___ D.C.
APR 2 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for special status hearing on Thursday, April 26, 2001, at 4:00 p.m., before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: April 24, 2001

CLARENCE MADDOX, CLERK

By: _____
    Valarie Thompkins,
    Deputy Clerk

cc: Michael Dittoe, AUSA
    Philip Horowitz, Esq.
    Gary Rosenberg, Esq.
    Harold Keefe, Esq.
    Gennaro Cariglio, Esq.

**NOTICE GIVEN VIA FAX & TELEPHONE CALL.**