```
FILED by _____ D.C.
MAG. SEC.
    MAY 29 2001
  CLARENCE MADDOX
  CLERK U.S. DIST. CT.
   S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK(S)

UNITED STATES OF AMERICA,

vs.

JAMES BOOKER

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _____

Language: ___ENGLISH_____

The above-named Defendant appeared before **Magistrate Judge** _____, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:   Address: _____

            _____

            Tel. No: _____

Defense Counsel:   Name   : ~~AFPD~~ Gary Rosenberg

            Address: _____

            _____

            Tel. No: _____

Bond Set/Continued:   $_____

Dated this ___25TH___ day of ___MAY___, 2001.

CLARENCE MADDOX, CLERK

BY   PATRICIA MITCHELL
      Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 01G-33-1153
DIGITAL START NO._____

