CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
MAY 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE
PAUL C. HUCK

==================================================================

CASE NO. 00-6047-CR           DATE 05-30-01

CLERK   Valerie Thompkins     REPORTER KIM MESFUN

USPO   _____        INTERPRETER_____

     UNITED STATES OF AMERICA  vs. JAMES BOOKER, ET AL


AUSA MICHAEL DITTOE           DEFENSE CSL. PHILIP HOROWITZ

GARY ROSENBERG, GERRY CARIGLIO, HAROLD KEEFE

Defendant(s) Present_____ Not Present XX   In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING COURT SET A HEARING ON ALL PENDING MOTIONS FOR JUNE 01, 2001 @ 2:30 P.M. AND ALL SIDE'S ANNOUNCE READY FOR TRIAL AND COURT SET THE JURY TRIAL TO START ON TUESDAY JUNE 5, 2001 @ 9:00 A.M.

==================================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____    Trial Date _____

Govt. Resp to P/T/Motions_____ Further S/C _____

Change of Plea  _____

