UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,   CASE No. 00-6047-CR-HUCK

Plaintiff,   MAGISTRATE JUDGE BROWN

v.

JAMES BOOKER,

Defendant.
_____/

## DEFENDANT BOOKER'S RESPONSE TO GOVERNMENTS DEMAND FOR RECIPROCAL DISCOVERY

The Defendant, JAMES BOOKER, by and through undersigned counsel and discloses the following evidence which may be produced at trial.

1. James Booker's Internal Revenue Service refunds.

2. Sophia Matthia's Internal Revenue Service refunds.

3. James Booker's lottery winnings.

4. Closing statement for purchase of home.

5. Photographs of Defendant's home.

6. Photographs of Defendant's vehicle.

7. James Booker's W-2 forms.

8. All evidence provided by the Government in discovery.

Respectfully submitted,<br>
GARY I. ROSENBERG<br><br>
By: _____<br>
Florida Bar No. 348996<br>
MANICK, ROSENBERG & CONTRERAS LLP<br>
Alhambra International Center<br>
255 Alhambra Circle, Suite 425<br>
Miami, Florida 33134<br>
Tel: (305) 529-9330<br>
Fax: (305) 529-9339

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent via U.S. mail/hand delivery/facsimile on this 31 day of May, 2001 to: UNITED STATES ATTORNEY'S OFFICE, Michael Dittoe, Assistant United States Attorney and all counsel of record.

By: _____<br>
GARY I. ROSENBERG<br>
Florida Bar No. 348996