UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,           CASE No. 00-6047-CR-HUCK

Plaintiff,                          MAGISTRATE JUDGE BROWN

v.

JAMES BOOKER,

Defendant.
_____/

## MOTION TO COMPEL BRADY AND GIGLO MATERIAL

COMES NOW, Defendant JAMES BOOKER, by and through undersigned counsel and files this his Motion to Compel this U.S. Government to produce Brady and Giglio evidence pursuant to this Courts discovery order and states as follows:

1. The Defendant requests the government produce:

    a. All Rule 35 motions filed by the Government on behalf of any and all witnesses including protective Rule 35 motions.

    b. Any and all immunity letters provided and signed by any and all witnesses.

    c. All reports of interview (R.O.I.) of any and all witnesses.

    d. Which defendants were identified in a line-up and the individuals who made the identification.

    e. What fingerprints were identified on what item of evidence.

WHEREFORE, the Defendant requests that this Honorable Court grant this Motion to Compel.

Respectfully submitted,
GARY I. ROSENBERG

By: _____
Florida Bar No. 348996
MANICK, ROSENBERG & CONTRERAS LLP
Alhambra International Center
255 Alhambra Circle, Suite 425
Miami, Florida 33134
Tel: (305) 529-9330
Fax: (305) 529-9339

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent via U.S. mail/hand delivery/facsimile on this 31 day of May, 2001 to: UNITED STATES ATTORNEY'S OFFICE, Michael Dittoe, Assistant United States Attorney and all counsel of record.

By: _____
GARY I. ROSENBERG
Florida Bar No. 348996