FILED by _V_ D.C.

JUN 07 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK

COURTROOM MINUTES          DAY #3

HONORABLE PAUL C. HUCK, Presiding    Date 06 / 07/ 01

Cont'd from   06 / 06/01

Defendant  1. JAMES BOOKER          5. _____

2. JARROD KNIGHT         6. _____

3. DONNELL BOKS          7. _____

4. EARNEST ARCHIE        8. _____

Defense Counsel Philip Horowitz    AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins    Reporter Larry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY xx   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 06 /08 /01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____