DAY#



FILED by _VT_ D.C.
JUN 05 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK

COURTROOM MINUTES

HONORABLE PAUL C. HUCK, Presiding   Date 06/05/01

Cont'd from ___/___/___

Defendant  1. JAMES BOOKER            5._____
           2. JARROD KNIGHT           6._____
           3. DONNELL BOKS            7._____
           4. EARNEST ARCHIE          8._____

Defense Counsel Philip Horowitz     AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins   Reporter Brynn Dockstader

Calendar Call Held__  Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY xx    BENCH____

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS xx  JURY SELECTION CONTD.__  JURY IMPANELED xx

JURY TRIAL BEGINS xx   JURY TRIAL HELD___  CONTINUED TO 06/06/0_

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____