

FILED by _CH_ D.C.
JUN 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6047-CR-HUCK__
COURTROOM MINUTES        DAY #5

HONORABLE __PAUL C. HUCK__, Presiding   Date __06 / 11/ 01__

Cont'd from   __06 / 08/01__

Defendant 1. __JAMES BOOKER__        5. _____

2. __JARROD KNIGHT__        6. _____

3. __DONNELL BOKS__         7. _____

4. __EARNEST ARCHIE__       8. _____

Defense Counsel __Philip Horowitz__     AUSA __Michael Dittoe__

__Gary Rosenberg, Gennaro Cariglio, Harold Keefe__

Deputy Clerk __Valerie Thompkins__   Reporter __Larry Herr__

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__  Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:  JURY __xx__   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD __xx__ CONTINUED TO __06/12/01__

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____