

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6047-CR-HUCK__
COURTROOM MINUTES         DAY #7

HONORABLE __PAUL C. HUCK__, Presiding   Date __06 / 13/ 01__

Cont'd from   __06 / 12/01__

Defendant 1. __JAMES BOOKER__       5. _____
           2. __JARROD KNIGHT__      6. _____
           3. __DONNELL BOKS__       7. _____
           4. __EARNEST ARCHIE__     8. _____

Defense Counsel __Philip Horowitz__   AUSA __Michael Dittoe__

__Gary Rosenberg, Gennaro Cariglio, Harold Keefe__

Deputy Clerk __Valerie Thompkins__   Reporter __Paul Hafeeling__

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY __xx__   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD __XX__ CONTINUED TO __06__/__14__/__01__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____