UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK


FILED by _____ D.C.
JUN 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

**<u>DO NOT DESTROY</u>**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

      Defendant.
_____/

QUESTION/NOTE FROM THE
<u>JURY TO THE COURT</u>

Request

Transcripts

Tapes — tape recorder

_____
PLEASE SIGN AND DATE

[signature] 6/14/01