UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

FILED by ___ D.C.
JUN 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**DO NOT DESTROY**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

We are still deliberating what time do we return tomorrow?

We're requesting permission to leave for the day.

[Signature] 6/14/01

PLEASE SIGN AND DATE