

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6047-CR-HUCK__
COURTROOM MINUTES       DAY #8

HONORABLE __PAUL C. HUCK__, Presiding    Date __06 / 14/ 01__

Cont'd from   __06 / 13/01__

Defendant 1. __JAMES BOOKER__       5._____

2. __JARROD KNIGHT__       6._____

3. __DONNELL BOKS__        7._____

4. __EARNEST ARCHIE__      8._____

Defense Counsel __Philip Horowitz__    AUSA __Michael Dittoe__

__Gary Rosenberg, Gennaro Cariglio, Harold Keefe__

Deputy Clerk __Valerie Thompkins__    Reporter __Paul Hafeling__

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__   Deny__   Adv.__

TRIAL:   JURY __xx__   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD __XX__ CONTINUED TO __06/15/01__

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____