UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**DO NOT DESTROY**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

1. We cannot come to a decision on 1 defendant

2. We cannot come to a decision on 2 counts for one defendant

[signature] Reaux 6/15/01

PLEASE SIGN AND DATE

The Court Appreciates Your Hard Work on This Case. You Have Been Deliberating for 8 hours Today + I Am Sending You Home for The Weekend.

I want You To Return on Monday Morning ~~at 8~~ To Continue Your Deliberations.