FILED by \_\_ D.C.
JUN 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK
COURTROOM MINUTES   DAY #9

HONORABLE PAUL C. HUCK , Presiding   Date 06/15/01

Cont'd from  06/14/01

Defendant 1. JAMES BOOKER       5. \_\_\_\_
          2. JARROD KNIGHT      6. \_\_\_\_
          3. DONNELL BOKS       7. \_\_\_\_
          4. EARNEST ARCHIE     8. \_\_\_\_

Defense Counsel Philip Horowitz    AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins   Reporter Larry Herr

Calendar Call Held\_\_ Non-appearance of Deft/Bench Warrant issued\_

Begin Fugitive Interval\_\_  Oral Motion_____

                    by_____

          Oral Order  Grant\_\_  Deny\_\_  Adv.\_\_

          TRIAL:  JURY xx   BENCH\_\_\_\_

BENCH TRIAL BEGINS \_\_ BENCH TRIAL HELD \_\_ CONTINUED TO \_/\_/\_

VOIR DIRE BEGINS \_\_ JURY SELECTION CONTD.\_\_ JURY IMPANELED \_\_

JURY TRIAL BEGINS\_\_\_\_ JURY TRIAL HELD XX CONTINUED TO 06/18/01

MISTRIAL DECLARED \_\_\_  NEW TRIAL ORDERED \_\_ TRIAL ENDS \_\_  *Jury Delibe...*

DISMISSED COUNTS_____

      \_\_ COURT MOT  \_\_ GOVT. MOT  \_\_ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____