

FILED by
JUN 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6047-CR-HUCK
COURTROOM MINUTES         DAY #10

HONORABLE PAUL C. HUCK, Presiding    Date 06 / 18/ 01

Cont'd from    06 / 15/01

Defendant 1. JAMES BOOKER        5. _____
          2. JARROD KNIGHT       6. _____
          3. DONNELL BOKS        7. _____
          4. EARNEST ARCHIE      8. _____

Defense Counsel Philip Horowitz    AUSA Michael Dittoe

Gary Rosenberg, Gennaro Cariglio, Harold Keefe

Deputy Clerk Valerie Thompkins    Reporter Larry Herr

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __    Oral Motion _____

                    by _____

         Oral Order  Grant __   Deny __   Adv. __

_____

            TRIAL:   JURY xx    BENCH ____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __   JURY SELECTION CONTD. __ JURY IMPANELED __

JURY TRIAL BEGINS ____   JURY TRIAL HELD xx CONTINUED TO 06 /19 /01

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS _____

          __ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY  Cts # _____

```
DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY  Cts #_____

JURY VERDICT SET ASIDE ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR ___/___/___ AT _____      NOTICE SERVED __
                            JURORS
```

1. _____    5. _____    9. _____

2. _____    6. _____    10. _____

3. _____    7. _____    11. _____

4. _____    8. _____    12. _____

Alternate #1._____    Alternate #2._____

Alternate #3._____    Alternate #4._____

### MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

Court Declares a Mistrial As to Dependant James Booker on All Counts

Court Declares a Mistrial As to Defendant Jarrod Knight as to "Counts I, II" "ONLY"

Court Declares a Mistrial As to Defendant Donnell Boks as to "Counts I, II" "ONLY"

Court Declares a Mistrial As to Defendant Earnest Archie as to "Counts I, II" "ONLY"

Jury Found Defendant "JArrod Knight" not Guilty as to Counts 3, 4, 5 Judgement of Acquittal entered

Jury Found Defendant "Ernest Hache" not Guilty as to Counts 13, 14 Judgement of Acquittal entered.

Jury Found Defendant "Donnell Boks" not Guilty as to Counts 13, 14 Judgement of Acquittal entered.