UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.  00-6047-CR-HUCK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

**DO NOT DESTROY**

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

       Defendant.

_____/

QUESTION/NOTE FROM THE
JURY  TO THE COURT

Judge Huck we are at a hopeless standstill We cannot agree on certain counts pertaining to certain defendants. We are awaiting further instructions

PLEASE SIGN AND DATE    6/18/01