FILED by _____ D.C.
JUN 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6047-CR-HUCK

VS.

JAMES BOOKER
JARROD KNIGHT
DONNELL BOKS
EARNEST ARCHIE

_____/

## STIPULATION PERMITTING WITHDRAWAL OF EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court, from further responsibility.

Dated: 6-18-2001

_____
Counsel for Plaintiff

_____
Counsel for Plaintiff

_____
Counsel for Defendant

_____
Counsel for Defendant

Stipulation herein above approved this 18 day of June, 2001.

_____
United States District Judge