UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-Cr-HUCK(S)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES BOOKER

    Defendants.
_____/

FILED by _____ D.C.
JUN 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## **VERDICT**

We the jury in the above entitled case unanimously return the following verdicts as to JAMES BOOKER:

**COUNT 1**

_____ GUILTY        _____ NOT GUILTY

If you find the defendant James Booker not guilty you should go on to the next count. If you find the defendant James Booker guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant James Booker guilty of the crime charged in Count 1 of the indictment make the following special findings beyond a reasonable doubt:

    a. Did the defendant James Booker's offense involve 5 kilograms or more of mixture or substance containing a detectable



amount of cocaine?

_____ YES          _____ NO


b.  Did the defendant James Booker's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES          _____ NO

C.  Did the defendant James Booker's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES          _____ NO


**COUNT 2**


_____ GUILTY          _____ NOT GUILTY


If you find the defendant JAMES BOOKER not guilty you should go on to the next count.  If you find the defendant JAMES BOOKER guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt:

We the jury having found the defendant JAMES BOOKER guilty of the

2

crime charged in Count 2 of the indictment make the following special findings beyond a reasonable doubt:

    a. Did the defendant JAMES BOOKER's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES          _____ NO

    b. Did the defendant JAMES BOOKER's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES          _____ NO

    C. Did the defendant JAMES BOOKER's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES          _____ NO

**COUNT 3**

_____ GUILTY          _____NOT GUILTY

If you find the defendant JAMES BOOKER not guilty you should