UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER,

    Defendant.
_____/



FILED by _____ D.C.

JUN 20 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the court having found the defendant **not guilty as to "count 13 only"** of the indictment, Judgment of Acquittal is entered herein as to the Defendant, James Booker, **"on count 13 of the indictment only"**.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return on **"count 13 only"**. The defendant is remanded back to the custody of the United States Marshals as to counts 1 thru 12 and 14 to be held without bond, pending new trial.

DONE AND ORDERED at Miami, Florida, this 20th day of June 2001.

                        _____
                        PAUL C. HUCK
                        UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF FLORIDA

cc: all counsel of record
    U. S. Marshal Service
    U. S. Probation Office
    U. S. Pretrial Services