UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                            ORDER

JAMES BOOKER,

      Defendant(s).
_____/

FILED by ___ J.C.
JUN 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS MATTER having come before the Court for trial by jury on June 05, 2001, the jury having failed to reach a unanimous verdict as to all counts in the Indictment, it is therefore

ORDERED AND ADJUDGED that a Mistrial is hereby declared as to each of Counts 1 thru 12, and 14 of the Indictment, it is further

ORDERED AND ADJUDGED that this cause is hereby set for retrial during the calendar commencing July 16, 2001. The Court finds that the time, between June 18, 2001 and July 27, 2001, shall be deemed excludable pursuant to Title 18, U.S.C. Section 3161(a)(8)(A).

DONE AND ORDERED, in Miami, Florida, this 20 day of June 2001.

                                              PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE

cc: all counsel of record

