FILED by \_\_V\_\_ D.C.

JUN 28 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE Paul C. Huck

========================================================

CASE NO. 00-6047-CR DATE 6-28-2001

CLERK Valerie Thompkins REPORTER Kim Mesquin

USPO _____ INTERPRETER _____

UNITED STATES OF AMERICA vs. James Booker et al

AUSA Michael Dittoe DEFENSE CSL. Barry Rosenberg, Philip Horowitz, Gennaro Cariglio, Harold Keefe

Defendant(s) Present ✓ Not Present \_\_\_\_ In Custody \_\_\_\_

TYPE OF HEARING Special Status Conference

RESULT OF HEARING Status Conference Hearing Held

========================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____ Trial Date _____

Govt. Resp to P/T/Motions _____ Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of
trial, to wit: _____ thru _____ to be excludable
pursuant to the Speedy Trial Act.