UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER,

    Defendant(s).
_____/



ORDER

THIS CAUSE came before the Court upon the Defendant's James Booker Motion for Bail, filed July 12, 2001. Accordingly, it is

ORDERED AND ADJUDGED that the Government shall respond to Defendants motion within 10 days from the date of this Order.

DONE AND ORDERED at Miami, Florida, this __13__ day of July 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: all counsel of record