UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 00-6047-CR-HUCK |
| Plaintiff, | MAGISTRATE JUDGE BROWN |
| v. | |
| JAMES BOOKER, | |
| Defendant. | |

**DEFENDANT BOOKER'S REPLY TO THE
GOVERNMENT'S RESPONSE TO HIS MOTION FOR BAIL**

COMES NOW, the Defendant James Booker ("Booker"), by and through undersigned counsel and files this Reply to the Government's Response to his Motion for Bail.

The Government claims that "nothing has changed since the initial order of the Magistrate." (Govt. Resp. Pg. 1). In fact, everything has changed. Instead of the Government presenting alleged facts through a summary, this Court has now heard from the actual witnesses (i.e., C. McCleod, M. Knight, V. King) in this case. The Court has also heard that there is no corroborative physical evidence that Booker participated in any acts of drug trafficking. So, we are left with individuals willing to say whatever they need to, to save their own lives.

The issues presented in *U.S. v. King*, as cited by the Government, do no apply. At present, the Court cannot conclude that Booker ever participated in drug trafficking, so as to believe he will continue that same activity.

Most importantly, the Government relies on bragatose statements made by Booker that are explained by only C. McCleod to show a danger to the community. There is no evidence of this alleged kidnapping three months prior.

CASE NO. 00-6047-CR-HUCK

Again, Booker requests that the Court review the determinative factors for bail:

1. Booker surrendered himself to the agents in this case.

2. Booker has no prior arrests.

3. Booker's family ties to this community are extensive.

4. The Government has no evidence that Booker ever owned or possessed any firearms.

5. There is no evidence of any prior acts of violence by James Booker.

Bail for Booker is required, not based on his time in custody, but on the facts now elicited at his trial and the failure of those facts to convince a jury of his guilt, or to convince this Court of his danger to the community.

Respectfully submitted,
GARY I. ROSENBERG

By: _____
Florida Bar No. 348996
MANICK, ROSENBERG & CONTRERAS LLP
Alhambra International Center
255 Alhambra Circle, Suite 425
Miami, Florida 33134
Tel: (305) 529-9330
Fax: (305) 529-9339

CASE NO. 00-6047-CR-HUCK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent via U.S. mail/hand delivery/facsimile on this 30 day of July, 2001 to: UNITED STATES ATTORNEY'S OFFICE, Michael Dittoe, Assistant United States Attorney and all counsel of record.

By: _____
GARY I. ROSENBERG
Florida Bar No. 348996