UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NOTICE OF HEARING

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS, and
EARNEST ARCHIE,

        Defendants.

_____/

FILED by _____ D.C.
JUL 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a status conference hearing on **Tuesday, August 7, 2001, at 8:45 a.m.**, before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

Dated: July 30, 2001

CLARENCE MADDOX, CLERK

By: _____
    Valerie Thompkins,
    Deputy Clerk

c:    AUSA Terrance Thompson, Esq.
      AUSA Michael J. Dittoe, Esq.
      Gary I. Rosenberg, Esq.
      Gennaro Cariglio, Jr., Esq.
      Harold F. Keefe, Esq.
      Philip R. Horowitz, Esq.
      U.S. Probation Office
      U.S. Marshals Service
      Pre-Trial Services