UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NOTICE RESETTING TIME OF HEARING

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS, and
EARNEST ARCHIE,

        Defendants.
_____/



FILED by _____ D.C.
AUG 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

PLEASE TAKE NOTICE that the above-entitled cause has been re-scheduled for a status conference hearing on **Tuesday, August 7, 2001, at 3:30 p.m.**, before the Honorable PAUL C. HUCK, United States District Judge, at Federal Justice Building, 99 NE 4th Street, 10th Floor, Courtroom #6, Miami, Florida.

    Dated: August 1, 2001

                            CLARENCE MADDOX, CLERK

                            By: _____
                               Valerie Thompkins,
                               Deputy Clerk

c:    AUSA Terrance Thompson, Esq.
      AUSA Michael J. Dittoe, Esq. 954-356-7230
      Gary I. Rosenberg, Esq. - 305-529-9334
      Gennaro Cariglio, Jr., Esq. - 305-868-3650
      Harold F. Keefe, Esq. - 305-829-8085
      Philip R. Horowitz, Esq. - 305-232-1963
      U.S. Probation Office
      U.S. Marshals Service
      Pre-Trial Services