```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 00-6047-CR-HUCK/BROWN
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs

JAMES BOOKER,

    Defendant,
_____/



### ORDER DENYING MOTION FOR BAIL

    THIS MATTER is before the Court on Defendant James Booker's Motion for Bail requesting that the Defendant be released on bail pending his trial, now scheduled for August 27, 2001. The Defendant argues that having heard all of the testimony and seeing all of the evidence presented in first trial, the Court should conclude that the evidence was insufficient for a jury to determine Defendant's guilt, that Defendant is not a risk of flight and that Defendant does not pose a danger to the community.

    The Defendant also, and properly so, points to the fact that he has been in federal custody for seventeen (17) months.

    The government responds that, since the initial order denying bail, the operative facts and circumstances have not changed and that the presumption under 18 U.S.C. §3142(e), of Defendant's risk of flight and danger to the community justifies continued pretrial detention.

    Based on the record before it, including the evidence of Defendants extensive involvement in drug trafficking presented at the first trial, and the fact that the second trial is specially set for August 27, 2001, the Court finds that the Defendant



remains a sufficiently likely risk of flight and danger to the community to override any right to bail pending re-trial of his case. Therefore, it is

**ORDERED** that Defendant's Motion for Bail is **DENIED**.

**DONE AND ORDERED** in Miami-Dade County, Florida, the 31st day of July, 2001.

                                              PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE

c:   Hon. Stephen T. Brown
     AUSA Michael Dittoe, Esq.
     Gary I. Rosenberg, Esq.
     U.S. Marshal's Office