**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES BOOKER, et al.,

    Defendants.

_____/



FILED by \_\_\_\_ D.C.

AUG 0 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER DENYING DEFENDANTS' MOTIONS FOR JUDGMENTS OF ACQUITTAL

THIS CASE is before the Court on Defendants' several motions for judgments of acquittal. Each Defendant has adopted all motions for judgment of acquittal of his co-defendants. Therefore, all of the Defendants' motions of judgment of acquittal raise the same issues and will be resolved together. The Court has reviewed each motion for judgment of acquittal and the Government's omnibus response to all Defendants' motions for acquittal. The Court has reviewed the motions and opposing memorandum, including the legal authorities set forth therein.

The Defendants raise three points in support of their claims that they are entitled to a judgment of acquittal: 1) the evidence presented at trial, with all reasonable inferences in the Government's favor, is insufficient to sustain a guilty verdict; 2) the evidence at trial materially varied from the indictment, indicating not one, but two conspiracies; and 3) the jury's acquittal on specific substantive drug charges, estoppes the Government from prosecuting, on re-trial, any remaining conspiracy charge.

As to points one and two, they were thoroughly argued by the parties and considered by the



Court at trial. The Defendants have not shown, and the Court does not believe, that the Court's earlier determination at trial were erroneous.

As to Defendants' point three, the Court believes that the Eleventh Circuit's decision in United States v. Shenberg, 89 F.3d 1461 (11th Cir. 1986) supports the Government's position - that direct estoppel does not bar a subsequent drug conspiracy prosecution based on evidence of overt acts related to substantive drug counts on which Defendants were acquitted.

Accordingly, each Defendants' motion for judgment of acquittal is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this $\underline{8}$ day of August, 2001.

*[signature]*

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
All Counsel of Record