CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE
PAUL C. HUCK



==================================================================

CASE NO. 00-6047-CR          DATE   08-22-2001

CLERK   Valerie Thompkins          REPORTER LARRY HERR

USPO _____      INTERPRETER_____

UNITED STATES OF AMERICA  vs. JAMES BOOKER, JARROD KNIGHT, DONNELL BOKS, EARNEST ARCHIE,

AUSA MICHAEL DITTOE, TERRY THOMPSON DEFENSE CSL. GARY ROSENBERG, PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Defendant(s) Present_____ Not Present XX  In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING BOTH THE GOVERNMENT AND DEFENSE ANNOUNCE READY FOR TRIAL, THE COURT SET THE CASE FOR JURY TRIAL ON MONDAY, AUGUST 27, 2001 @ 9:00 A.M.

==================================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____   Trial Date  _____

Govt. Resp to P/T/Motions_____   Further S/C  _____