**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

FILED by _____ D.C.
APPEAL
AUG 2 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

CASE NO. 00-6047-CR-HUCK/BROWN

---

UNITED STATES OF AMERICA,           MIAMI, FLORIDA

          Plaintiff,                JUNE 8, 2001

v.

JAMES BOOKER,
ERNEST ARCHIE,
DONNELL BOKS,
JARROD KNIGHT,

          Defendants.
---x

**TRANSCRIPT OF TESTIMONY OF CECIL MCCLEOD**
**BEFORE THE HONORABLE PAUL C. HUCK,**
**UNITED STATES DISTRICT JUDGE**
**AND A JURY**

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | **MICHAEL J. DITTOE, ESQ.** |
|  | **TERRENCE THOMPSON, ESQ.** |
|  | Assistant U. S. Attorneys |
|  | 500 East Broward Boulevard |
|  | Fort Lauderdale, FL  33394 |
|  | 954/456-7392 |
| FOR DEFENDANT BOOKER: | **GARY I. ROSENBERG, ESQ.** |
|  | Adorno & Zeder |
|  | 2601 South Bayshore Drive |
|  | Miami, FL  33133 - 305/860-7254 |