```
 1                UNITED STATES DISTRICT COURT         FILED by_____ D.C.
                  SOUTHERN DISTRICT OF FLORIDA         APPEAL
 2                 FORT LAUDERDALE DIVISION            AUG 24 2001

 3                CASE NO. 00-6047-CR-HUCK/BROWN       CLARENCE MADDOX
                                                      CLERK, U.S. DIST. CT.
                                                      S.D. OF FLA.  MIAMI
 4       _____
                                         |
 5       UNITED STATES OF AMERICA,       |   MIAMI, FLORIDA
                                         |
 6                    Plaintiff,         |   JUNE 11, 2001
                                         |
 7       v.                              |
                                         |
 8       JAMES BOOKER,                   |
         ERNEST ARCHIE,                  |
 9       DONNELL BOKS,                   |
         JARROD KNIGHT,                  |
10                                       |
                      Defendants.        |
11       _____x

12
                    TRANSCRIPT OF TESTIMONY OF CECIL McCLEOD
13                   BEFORE THE HONORABLE PAUL C. HUCK,
                        UNITED STATES DISTRICT JUDGE
14                              AND A JURY

15       APPEARANCES:

16       FOR THE GOVERNMENT:        MICHAEL J. DITTOE, ESQ.
                                    TERRENCE THOMPSON, ESQ.
17                                  Assistant U. S. Attorneys
                                    500 East Broward Boulevard
18                                  Fort Lauderdale, FL  33394
                                    954/456-7392
19
         FOR DEFENDANT              GARY I. ROSENBERG, ESQ.
20         BOOKER:                  Adorno & Zeder
                                    2601 South Bayshore Drive
21                                  Miami, FL  33133 - 305/860-7254

22

23

24

25
```

