```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA        FILED by _____ J.C.
 2                      FORT LAUDERDALE DIVISION          APPEAL

 3                 CASE NO. 00-6047-CR-HUCK/BROWN          AUG 2 4 2001

                                                          CLARENCE MADDOX
 4                                                        CLERK, U.S. DIST. CT.
                                                          S.D. OF FLA.

 5      _____

 6      UNITED STATES OF AMERICA,      |    MIAMI, FLORIDA
                                       |
 7                    Plaintiff,       |    JUNE 12, 2001
                                       |
 8      v.                             |
                                       |
 9      JAMES BOOKER,                  |
        ERNEST ARCHIE,                 |
10      DONNELL BOKS,                  |
        JARROD KNIGHT,                 |
11                                     |
                      Defendants.      |
12      _____x

13

14          TRANSCRIPT OF TESTIMONY OF VINCENT KING
15          BEFORE THE HONORABLE PAUL C. HUCK,
                UNITED STATES DISTRICT JUDGE
16                     AND A JURY

17

18      APPEARANCES:

19      FOR THE GOVERNMENT:      MICHAEL J. DITTOE, ESQ.
                                 TERRENCE THOMPSON, ESQ.
20                               Assistant U. S. Attorneys
                                 500 East Broward Boulevard
21                               Fort Lauderdale, FL  33394
                                 954/456-7392
22
        FOR DEFENDANT            GARY I. ROSENBERG, ESQ.
23        BOOKER:                Adorno & Zeder
                                 2601 South Bayshore Drive
24                               Miami, FL  33133 - 305/860-7254

25
```

