```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

                   CASE NO. 00-6047-CR-HUCK/BROWN
```

FILED by _____ D.C.
APPEAL
AUG 2 4 2001
CLARENCE MADDOX
CLERK, U.S. DIST CT
S.D. OF FLA

```
----------------------------------|
                                  |
UNITED STATES OF AMERICA,         |    MIAMI, FLORIDA
                                  |
            Plaintiff,            |    JUNE 12, 2001
                                  |
v.                                |
                                  |
JAMES BOOKER,                     |
ERNEST ARCHIE,                    |
DONNELL BOKS,                     |
JARROD KNIGHT,                    |
                                  |
            Defendants.           |
----------------------------------x
```

                TRANSCRIPT OF TESTIMONY OF MARK KNIGHT
                  BEFORE THE HONORABLE PAUL C. HUCK,
                     UNITED STATES DISTRICT JUDGE
                              AND A JURY

APPEARANCES:

FOR THE GOVERNMENT:          **MICHAEL J. DITTOE, ESQ.**
                             **TERRENCE THOMPSON, ESQ.**
                             Assistant U. S. Attorneys
                             500 East Broward Boulevard
                             Fort Lauderdale, FL  33394
                             954/456-7392

FOR DEFENDANT                GARY I. ROSENBERG, ESQ.
  BOOKER:                    Adorno & Zeder
                             2601 South Bayshore Drive
                             Miami, FL  33133 - 305/860-7254