```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

                  CASE NO. 00-6047-CR-HUCK/BROWN
```

FILED by _____ D.C.
APPEAL
AUG 2 4 2001
CLARENCE MADDOX
CLERK, U.S. DIST CT
S.D. OF FLA. MIAMI

```
_____
                                |
UNITED STATES OF AMERICA,       |    MIAMI, FLORIDA
                                |
              Plaintiff,        |    JUNE 12, 2001
                                |
v.                              |
                                |
JAMES BOOKER,                   |
ERNEST ARCHIE,                  |
DONNELL BOKS,                   |
JARROD KNIGHT,                  |
                                |
              Defendants.       |
_____x
```

           TRANSCRIPT OF TESTIMONY OF CECIL McCLEOD
             BEFORE THE HONORABLE PAUL C. HUCK,
                UNITED STATES DISTRICT JUDGE
                         AND A JURY


APPEARANCES:

FOR THE GOVERNMENT:     **MICHAEL J. DITTOE, ESQ.**
                        **TERRENCE THOMPSON, ESQ.**
                        Assistant U. S. Attorneys
                        500 East Broward Boulevard
                        Fort Lauderdale, FL  33394
                        954/456-7392

FOR DEFENDANT           **GARY I. ROSENBERG, ESQ.**
   BOOKER:              Adorno & Zeder
                        2601 South Bayshore Drive
                        Miami, FL  33133 - 305/860-7254