UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
AUG 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

DAY #1

CASE # 00-6047-CR

COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding   Date 08 / 27 / 01

Cont'd from ___/___/___

Defendant 1. JAMES BOOKER          5. _____
           2. JARROD KNIGHT         6. _____
           3. DONNELL BOKS          7. _____
           4. EARNEST ARCHIE        8. _____

Defense Counsel MICHAEL DITTOE     AUSA GARY ROSENBERG,

PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

                          by_____

                Oral Order  Grant__  Deny__  Adv.__

TRIAL:    JURY XX    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS XX  JURY SELECTION CONTD.__ JURY IMPANELED XX

JURY TRIAL BEGINS XX   JURY TRIAL HELD___ CONTINUED TO 08/28/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

            __ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____