FILED by \_\_\_\_ D.C.
AUG 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAY #2

CASE # 00-6047-CR

COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding    Date 08 / 28/01

Cont'd from    08 / 27/01

Defendant 1. JAMES BOOKER          5. _____
          2. JARROD KNIGHT         6. _____
          3. DONNELL BOKS          7. _____
          4. EARNEST ARCHIE        8. _____

Defense Counsel MICHAEL DITTOE    AUSA GARY ROSENBERG,

PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held\_\_ Non-appearance of Deft/Bench Warrant issued\_

Begin Fugitive Interval\_\_    Oral Motion_____

by_____

Oral Order   Grant\_\_   Deny\_\_   Adv.\_\_

TRIAL:    JURY XX    BENCH\_\_\_\_

BENCH TRIAL BEGINS \_\_ BENCH TRIAL HELD \_\_ CONTINUED TO \_\_/\_\_/\_\_

VOIR DIRE BEGINS \_\_   JURY SELECTION CONTD.\_\_ JURY IMPANELED\_\_\_

JURY TRIAL BEGINS\_\_\_\_    JURY TRIAL HELD XX CONTINUED TO 08 /29 /01

MISTRIAL DECLARED \_\_\_    NEW TRIAL ORDERED \_\_\_    TRIAL ENDS \_\_\_

DISMISSED COUNTS_____

\_\_ COURT MOT   \_\_ GOVT. MOT   \_\_ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____