FILED by ___V.T.___ D.C.
AUG 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAY #5

CASE # __00-6047-CR__

COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding    Date __08 / 31/01__

Cont'd from    __08 / 30/01__

Defendant 1. __JAMES BOOKER__         5. _____

          2. __JARROD KNIGHT__         6. _____

          3. __DONNELL BOKS__          7. _____

          4. __EARNEST ARCHIE__        8. _____

Defense Counsel __MICHAEL DITTOE__    AUSA __GARY ROSENBERG,__

__PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE__

Deputy Clerk __VALERIE THOMPKINS__    Reporter __LARRY HERR__

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__  Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

_____
TRIAL:    JURY __XX__    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED___

JURY TRIAL BEGINS____  JURY TRIAL HELD __XX__ CONTINUED TO __9/4/01__

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

    __ COURT MOT    __ GOVT. MOT    __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____