UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAY # 7

CASE # 00-6047-CR

COURTROOM MINUTES

HONORABLE __PAUL C. HUCK__, Presiding   Date 09 / 5 /01

Cont'd from 9 /4 /01

Defendant 1. JAMES BOOKER          5. _____
          2. JARROD KNIGHT         6. _____
          3. DONNELL BOKS          7. _____
          4. EARNEST ARCHIE        8. _____

Defense Counsel MICHAEL DITTOE     AUSA GARY ROSENBERG,

PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Deputy Clerk VALERIE THOMPKINS    Reporter LARRY HERR

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__  Oral Motion_____

                        by_____

                Oral Order  Grant__   Deny__   Adv.__

_____
            TRIAL:   JURY XX    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED___

JURY TRIAL BEGINS____ JURY TRIAL HELD XX CONTINUED TO 9/6/01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

            __ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____