UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES BOOKER,
JARROD KNIGHT,
DONNELL BOKS,
EARNEST ARCHIE,

    Defendant.
_____/

**DO NOT DESTROY**

FILED by [signature]
SEP 06 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

QUESTION/NOTE FROM THE
<u>JURY TO THE COURT</u>

one person change mind
not Guilty    Guilty
KNIGHT
BOKS
ARCHIE
BOOKER

_____
PLEASE DATE AND SIGN
Yoama Garcia

