FILED by _____ D.C.

SEP 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAY #8

CASE #_00-6047-CR_____

COURTROOM MINUTES

HONORABLE ___PAUL C. HUCK_____, Presiding   Date_09_/_6_/01

Cont'd from    9/5/01

Defendant 1._JAMES BOOKER_____    5._____

         2._JARROD KNIGHT_____    6._____

         3._DONNELL BOKS_____    7._____

         4._EARNEST ARCHIE_____   8._____

Defense Counsel_MICHAEL DITTOE_____   AUSA_GARY ROSENBERG,_____

PHILIP HOROWITZ, GENNARO CARIGLIO, HAROLD KEEFE

Deputy Clerk_VALERIE THOMPKINS___   Reporter_Brynn Dockstadee_

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval__   Oral Motion_____

                    by_____

              Oral Order  Grant__   Deny__   Adv.__
_____
              TRIAL:   JURY_XX_   BENCH_____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__ JURY IMPANELED___

JURY TRIAL BEGINS_____  JURY TRIAL HELD_XX_ CONTINUED TO __/__/__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_12+14 on Defendant James Booker_

         __ COURT MOT __ GOVT. MOT __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_All Counts All Defendant's_

DEFENDANT DISCHARGED/ACQUITTED _____

JUDGMENT/VERDICT OF GUILTY  Cts #_____

JURY VERDICT SET ASIDE ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR ___/___/___  AT _____        NOTICE SERVED __

### JURORS

1._____    5._____    9._____

2._____    6._____    10._____

3._____    7._____    11._____

4._____    8._____    12._____

Alternate #1._____    Alternate #2._____

Alternate #3._____    Alternate #4._____

### MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

"Defendant's"

James Booker not Guilty Ct's I thru 11

Jarrod Knight not Guilty Ct's I & II

Donnell Beks not Guilty Ct's I & II

Earnest Anchy not Guilty Ct's I & II