UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6047-CR-HUCK(s)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES BOOKER

    Defendants.
_____/



FILED by _____ D.C.
SEP 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## VERDICT

We the jury in the above entitled case unanimously return the following verdicts as to JAMES BOOKER:

**COUNT 1**

_____ GUILTY      ✓ NOT GUILTY

If you find the defendant James Booker not guilty you should go on to the next count. If you find the defendant James Booker guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant James Booker guilty of the crime charged in Count 1 of the indictment make the following special findings beyond a reasonable doubt:

1



    a.  Did the defendant James Booker's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES            _____ NO

    b.  Did the defendant James Booker's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES            _____ NO

    C.  Did the defendant James Booker's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES            _____ NO

**COUNT 2**

_____ GUILTY          ✓ NOT GUILTY

If you find the defendant JAMES BOOKER not guilty you should go on to the next count. If you find the defendant JAMES BOOKER guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt:

We the jury having found the defendant JAMES BOOKER guilty of the crime charged in Count 2 of the indictment make the following special findings beyond a reasonable doubt:

2

    a.   Did the defendant JAMES BOOKER's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

    _____ YES            _____ NO

    b.   Did the defendant JAMES BOOKER's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

    _____ YES            _____ NO

    C.   Did the defendant JAMES BOOKER's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

    _____ YES            _____ NO

**COUNT 3**

_____ GUILTY            ✓_____ NOT GUILTY

If you find the defendant JAMES BOOKER not guilty you should go on to the next count. If you find the defendant JAMES BOOKER guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant JAMES BOOKER guilty of the crime charged in Count 3 of the indictment make the following special findings beyond a reasonable doubt:

3

    a.   Did the defendant JAMES BOOKER's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

    _____ YES                  _____ NO

### COUNT 4

    _____ GUILTY            \_\_\_✓\_\_\_\_ NOT GUILTY

If you find the defendant JAMES BOOKER not guilty you should go on to the next count. If you find the defendant JAMES BOOKER guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant JAMES BOOKER guilty of the crime charged in Count 4 of the indictment make the following special findings beyond a reasonable doubt:

    a.   Did the defendant JAMES BOOKER's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

    _____ YES                  _____ NO

## COUNT 5

_____ GUILTY            ___✓___ NOT GUILTY

If you find the defendant JAMES BOOKER not guilty you should go on to the next count. If you find the defendant JAMES BOOKER guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant JAMES BOOKER guilty of the crime charged in Count 5 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant JAMES BOOKER's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES            _____ NO

## COUNT 6

_____ GUILTY            ___✓___ NOT GUILTY

If you find the defendant JAMES BOOKER not guilty you should go on to the next count. If you find the defendant JAMES BOOKER guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

5

We the jury having found the defendant JAMES BOOKER guilty of the crime charged in Count 6 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant JAMES BOOKER's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                     _____ NO

b. Did the defendant JAMES BOOKER's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES                     _____ NO

**COUNT 7**

_____ GUILTY                   \_\_\_✓\_\_\_ NOT GUILTY

If you find the defendant JAMES BOOKER not guilty you should go on to the next count. If you find the defendant JAMES BOOKER guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant JAMES BOOKER guilty of the crime charged in Count 7 of the indictment make the following special findings beyond a reasonable doubt:

6

    a.  Did the defendant JAMES BOOKER's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

    _____ YES            _____ NO

    b.  Did the defendant JAMES BOOKER's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

    _____ YES            _____ NO

### COUNT 8

    _____ GUILTY            \_\_\_✓\_\_\_ NOT GUILTY

If you find the defendant JAMES BOOKER not guilty you should go on to the next count. If you find the defendant JAMES BOOKER guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant JAMES BOOKER guilty of the crime charged in Count 8 of the indictment make the following special findings beyond a reasonable doubt:

    a.  Did the defendant JAMES BOOKER's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

    _____ YES            _____ NO

**COUNT 9**

_____ GUILTY          \_\_\_✓\_\_\_ NOT GUILTY

If you find the defendant JAMES BOOKER not guilty you should go on to the next count. If you find the defendant JAMES BOOKER guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant JAMES BOOKER guilty of the crime charged in Count 9 of the indictment make the following special findings beyond a reasonable doubt:

a. Did the defendant JAMES BOOKER's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES          _____ NO

**COUNT 10**

_____ GUILTY          \_\_\_✓\_\_\_ NOT GUILTY

If you find the defendant JAMES BOOKER not guilty you should go on to the next count. If you find the defendant JAMES BOOKER guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant JAMES BOOKER guilty of the crime charged in Count 10 of the indictment make the following special findings beyond a reasonable doubt:

    a.   Did the defendant JAMES BOOKER's offense involve 5 kilograms or more of mixture or substance containing a detectable amount of cocaine?

_____ YES            _____ NO

**COUNT 11**

_____ GUILTY        ✓ _____ NOT GUILTY

If you find the defendant JAMES BOOKER guilty of the crime charged, then you should make the following special findings beyond a reasonable doubt.

We the jury having found the defendant JAMES BOOKER guilty of the crime charged in Count 11 of the indictment make the following special findings beyond a reasonable doubt:

    a.   Did the defendant JAMES BOOKER's offense involve 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES            _____ NO

b. Did the defendant JAMES BOOKER's offense involve 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

_____ YES          _____ NO


I hereby certify that the above verdicts were unanimously agreed on by all the members of the jury.


DATE: _9.6.01_                    _____
                                   FOREPERSON
                                   yoanna Garcia

10