UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6047-CR-HUCK-BROWN

FILED by _____ D.C.
SEP 06 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES BOOKER,
        Defendant.
_____/

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the jury having found the defendant **not guilty** as to **COUNTS 1 THRU 11** of the Indictment, Judgment of Acquittal is entered herein as to the Defendant, JAMES BOOKER, on **COUNTS 1 THRU 11** of the Indictment.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any, as to the count(s) hereinabove specified only, otherwise the bond shall remain in full force and effect.

**The United States Attorney Michael Dittoe, DISMISSED COUNTS 12 & 14 IN OPEN COURT ON THE RECORD.**

DONE AND ORDERED at Miami, Florida, this 6th day of September 2001.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Michael Dittoe, AUSA
    Gary Rosenberg, Esq.
    U. S. Marshal Service
    U. S. Probation Office

