UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6047-CR-HUCK-BROWN

UNITED STATES OF AMERICA,
        Plaintiff,

**ORDER**

VS.

JAMES BOOKER,
        Defendant.
_____/

FILED by ___ D.C.
SEP 07 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

    THIS MATTER was before the Court on the Defendant James Booker's Oral Tenus Motion to Declare the defendant Indigent for Cost, for the purpose of Attorney Gary Rosenberg to obtain certain Trial Transcripts from the first Jury Trial held in the above style case, so a CJA24 is appropriate in this case.

    ORDERED AND ADJUDGED that the Oral Tenus Motion to Declare defendant Indigent for Cost is hereby GRANTED.

    DONE AND ORDERED in Miami, Florida this 7th day of September, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    all counsel of record
       Lucy Lara, Case Assignment Administrator

