**CJA 24 (REV. 7/95)** — **AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT**

VOUCHER NO. FLST20012186
PAID BY: MKC 9/11/01
DATE PAID: 9/13/01

1. JURISDICTION: ☒ DISTRICT (2)
2. MAG. JUDGE DOCKET NO.
3. DISTRICT DOCKETING NO.: 00-6047-CR-Huck 01
4. APPEALS DOCKET NO.
5. FOR (DISTRICT/CIRCUIT):
6. IN THE CASE OF: U.S. vs. James Booker
7. PERSON REPRESENTED: James Booker
8. LOCATION/ORGANIZATION CODE

FILED OCT 19 2001 — CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. - MIAMI

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED: Re-Trial After Hung Jury

10. PROCEEDINGS TO BE TRANSCRIBED: Trial Testimony of Cecil McCleod, Vincent King + Mark Knight

11. ATTORNEY'S STATEMENT
Signature of Attorney — 8/28/01
Printed Name: Gary Rosenberg
Phone: 305-529-9530
☒ 4. RETAINED ATTORNEY

12. COURT ORDER
Signature of Presiding Judicial Officer
Date: August 29, 2001

13. SPECIAL AUTHORIZATIONS

| | | 14. JUDGE'S INITIALS |
|---|---|---|
| A. Apportion ___% of transcript with | | 14.A. |
| B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | | 14.B. |
| C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | | 14.C. |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede... | | 14.D. |

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS: ☒ Official
16. FULL NAME OF PAYEE: Larry Herr
17. SOCIAL SECURITY OR EMPLOYER ID NO. OF PAYEE: 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
18. PAYEE'S ADDRESS: 99 N.E. 4th St., Rm. 1076, Miami, FL 33132
19. TELEPHONE NO.: (305) ...

20. TRANSCRIPT

| | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | 443 | $.25 | $ | $ | $110.75 |
| C. Expenses (Itemize): filed 8/24/01 De#'s 255 thru 259 | | | | | | $ |

21. CLAIMANT'S CERTIFICATION — 8-30-01
22. CERTIFICATION OF ATTORNEY OR CLERK — Vanessa ___ 9/5/01
23. TOTAL CLAIMED: $

24. APPROVED FOR PAYMENT — Signature of Presiding Judicial Officer — August 29, 2001
25. AMT. APPROVED: $110.75

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT