UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6047-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JARROD KNIGHT,

    Defendant.
_____/

FILED by _____ D.C.
MAY 0 8 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER UNSEALING DOCUMENTS

Upon review of the documents underseal in this case, the Clerk's Office is instructed to do the following:

✓    Docket Entries #178, 179, 214, 222 and 237 _____ (Documents attached hereto) shall be unsealed and placed in the court file.

_____    Docket Entries _____ (Documents attached hereto) shall be unsealed and returned to _____.

_____    Docket Entries # _____ (Documents attached hereto) shall be unsealed and destroyed by the Clerk.

DONE and ORDERED at Miami, Florida this 8th day of May, 2003.

                                  PAUL C. HUCK
                                  UNITED STATES DISTRICT JUDGE

The document(s) has/have been disposed of in the manner ordered above by _____ _____ on _____, 2003.

cc:    All Counsel of Record/Pro Se parties

```
[docket   ]                      CIVIL/CRIMINAL                   [   vdocs]
3. Docket                                                         [REF-DOC]


 Docket #    : 0:00-cr-6047                                           STB
 Short Title: USA                 v. Booker              CLOSED
 Type: cr         Judge: Huck              Magistrate:
------------------------------------------------------------------------
-----------Event-------------Action-------------Relief----------Trans #----
ko        -       -          |gr       |uns         doc      -    | 5821334
**************   Selected Documents in Case: 0:00-cr-06047    ***************
for parties: Booker  (1), Knight  (2), Dixon  (3), Boks  (4), Archie  (5) ...
Ord     Subtype Type      Short Display          Document ID Filer    Filed
 -- 157.-       arr       (Arraignment Information)  182- 1           5/29/01
 -- 158.-       arr       (Arraignment Information)  181- 1           5/29/01
 -- 159.-       arr       (Arraignment Information)  180- 1           5/29/01
 -- 160.-       doc       (Sealed Document       )   179- 1           5/23/01
 -- 161.-       doc       (Sealed Document       )   178- 1           5/22/01
 -- 162.ntc     hrg       Arraignment deadline       177- 1           5/16/01

[A]cc, [S]lct, [E]vry, [C]lr, [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit
total: 474       selected: 0        current: 157          : n
```

```
[docket   ]                       CIVIL/CRIMINAL                      [   vdocs]
3. Docket                                                             [REF-DOC]


 Docket #   : 0:00-cr-6047                                          STB
 Short Title: USA              v. Booker                      CLOSED
 Type: cr        Judge: Huck              Magistrate:
------------------------------------------------------------------------------

------------Event--------------Action--------------Relief------------Trans #----
ko         -          -           |gr      |uns        doc    -       | 5821334
**************   Selected Documents in Case: 0:00-cr-06047    ***************
for parties: Booker  (1), Knight  (2), Dixon  (3), Boks  (4), Archie  (5) ...
Ord    Subtype Type    Short Display           Document ID Filer    Filed
-- 103.-        m      to continue                223- 1 Archie 6/26/01T
-- 104.-        doc    (Sealed Document     )    222- 1         6/21/01
-- 105.-        doc    (Sealed Document     )    214- 1         6/20/01
-- 106.-        rlf    for declaration of mistri 215- 1         6/20/01
-- 107.-        rlf    Jury Trial deadline       215- 2         6/20/01
-- 108.-        rlf    to continue-ends of justi 215- 3         6/20/01

[A]cc, [S]lct, [E]vry, [C]lr, [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit
total: 474        selected: 0         current: 105       : p
```

```
[docket   ]                    CIVIL/CRIMINAL                    [   vdocs]
3. Docket                                                        [REF-DOC]


 Docket #    : 0:00-cr-6047                                          STB
 Short Title: USA              v. Booker                     CLOSED
 Type: cr         Judge: Huck              Magistrate:
 ----------------------------------------------------------------------
 
 ------------Event--------------Action--------------Relief-----------Trans #----
 ko        -        -         |gr       |uns        doc        -     |  5821334
 **************  Selected Documents in Case: 0:00-cr-06047   ***************
 for parties: Booker   (1), Knight   (2), Dixon   (3), Boks   (4), Archie   (5) ...
 Ord      Subtype Type    Short Display          Document ID Filer    Filed
 -- 79. -         m       to travel                240- 1 Archie 7/12/01T
 -- 80. -         m       for bond                 239- 1 Booker 7/12/01T
 -- 81. -         o       (Order filed       )     241- 1        7/12/01
 -- 82. -         cja     (CJA 24 - Authorization )238- 1        7/11/01
 -- 83. -         o       (Order filed       )     236- 1        7/6/01
 -- 84. -         doc     (Sealed Document   )     237- 1        7/5/01

 [A]cc, [S]lct, [E]vry, [C]lr, [M]ore, [U]p/[D]n, [N]x/[P]v, [Q]uit
 total: 474       selected: 0       current: 84           : p
```